AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY SWABY<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  16-6172-VALLE<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __4/18/2016__ in the county of __Broward County__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code, Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Stranahan Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    04/19/2016

_____
*Judge's signature*

City and state:    Ft. Lauderdale, Florida            Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Ryan R. Stranahan, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since October 2014 and have been assigned to the Miami Division since March 2015.

2. This affidavit is submitted in support of a criminal complaint charging Anthony Swaby ("SWABY") with one count of bank robbery, in violation of Title 18, United States Code, Section 2113(a). I respectfully submit that there is probable cause to believe that on April 18, 2016, SWABY did knowingly take, by intimidation, from the person and presence of employees of Wells Fargo Bank, located at 1 East Broward Boulevard, Ft. Lauderdale, Florida, approximately nine thousand nine hundred and eighty dollars ($9,980.00) in United States currency belonging to, and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

3. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against SWABY for the above-described criminal violation.

## PROBABLE CAUSE

4. On Monday, April 18, 2016, at approximately 1:00 p.m., an unidentified male who was later identified as SWABY, entered the Wells Fargo Bank located at 1 East Broward Boulevard, Ft. Lauderdale, Florida. Wells Fargo is insured by the Federal Deposit Insurance Corporation ("FDIC").

5. SWABY's face was unobstructed and he was wearing a black baseball hat and black t-shirt. SWABY approached the victim bank teller, handed her a piece of paper with blue handwriting on it that read; "I want the money big bill and small bill you have five sec!!!" The victim bank teller, was in fear for her life and complied with SWABY's demand by handing him nine thousand, nine hundred and eighty dollars ($9,980.00) in U.S. currency, which also contained an anti-theft device. SWABY fled on foot while the victim bank teller activated the silent alarm.

6. The bank robbery was recorded on the bank's video security cameras. Law enforcement reviewed the footage which revealed clear photos of SWABY's face and clothing.

7. On April 18, 2016, shortly after the robbery, law enforcement interviewed witnesses and received a physical description of SWABY, as well as notifications from the anti-theft device. Law enforcement located SWABY near the Broward Central Bus Terminal located at 101 NW 1st Avenue, Ft. Lauderdale, Florida. SWABY was wearing a black baseball hat and a black t-shirt, which are consistent with the articles witnesses described he wore during the bank robbery, and consistent with the bank's video surveillance of the robbery.

8. SWABY was arrested and transported to the Ft. Lauderdale Police Department where he was advised of his *Miranda* rights. SWABY waived those rights and provided law enforcement with a recorded statement wherein he admitted to robbing the Wells Fargo Bank on

2

April 18, 2016. SWABY further stated that he wrote the demand note using a blue marker on a white piece of paper prior to arriving at the bank. Law enforcement recovered the blue marker from SWABY's person. SWABY told law enforcement that he went into the Wells Fargo Bank, presented the demand note he had written to the victim teller, and received U.S. currency before fleeing on foot.

9. A surveillance photograph depicting the bank robbery was shown to SWABY and he positively identified himself as the individual depicted in the photograph robbing the bank.

10. SWABY admitted to law enforcement that he had committed three other bank robberies using the same *modus operandi*. SWABY then positively identified himself in the video surveillance still photographs from each of the other three banks he robbed.

## CONCLUSION

11. Based on the foregoing facts, I respectfully submit that probable cause exists to charge SWABY with knowingly, by means of intimidation, taking from the person and presence of an employee of a federally insured bank approximately nine thousand nine hundred and eighty dollars ($9,980.00) belonging to, and in the care, custody, control and in possession of the Wells Fargo Bank located at 1 East Broward Boulevard, Ft. Lauderdale, Florida, in violation of Title 18, United States Code, Section 2113(a).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

Special Agent Ryan Stranahan
Federal Bureau of Investigation

Subscribed and sworn before me
this 19th day of April 2016.

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

3