UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-60117-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY SWABY,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Anthony Swaby, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 22nd day of December, 2016.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

By:   *s/ Robin C. Rosen-Evans*
      Robin C. Rosen-Evans
      Assistant Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 438820
      450 Australian Ave. S., Ste. 500
      West Palm Beach, Florida 33401
      Telephone: (561)833-6288
      Fax: (561)833-0368
      E-mail: Robin_Rosen-Evans@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on December 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        *s/ Robin C. Rosen-Evans*
                                        Robin C. Rosen-Evans