```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     CASE NO. 16-60117-CR-DTKH


UNITED STATES OF AMERICA,

            Plaintiff,                    DECEMBER 22, 2016
      vs.
                                   WEST PALM BEACH, FLORIDA
ANTHONY SWABY,

            Defendant.                     PAGES 1 - 43
_____/


                 TRANSCRIPT OF SENTENCING HEARING
              BEFORE THE HONORABLE DANIEL T.K. HURLEY
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:     JODI ANTON, AUSA
                        Office of U.S. Attorney
                        400 Australian Avenue
                        West Palm Beach, Florida  33401


FOR THE DEFENDANT:      ROBIN ROSEN-EVANS, AFPD
                        Office of U.S. Public Defender
                        450 Australian Avenue
                        West Palm Beach, Florida  33401




REPORTED BY:            DIANE MILLER, RMR, CRR, CRC
                        Official Court Reporter
                        701 Clematis Street
                        West Palm Beach, Florida  33401
                        561-514-3728
                        diane_miller@flsd.uscourts.gov
```

Thursday, December 22, 2016.

P-R-O-C-E-E-D-I-N-G-S

1

2       THE COURT:  Can I invite the parties in the next case

3   to come into the well of the court?

4       Ladies and gentlemen, the next matter before the

5   court is case 16-60117, and this is the case of the United

6   States of America versus Mr. Anthony Swaby.

7       Let me begin, if I might, by allowing the lawyers to

8   make their appearances.  I'm going to begin by recognizing

9   counsel for the Government.

10      MS. ANTON:  Good morning, Your Honor; Jodi Anton on

11  behalf of the United States.

12      THE COURT:  Ms. Anton, good morning, and let me turn

13  now, if I might, to Counsel for the Defense.

14      MS. ROSEN-EVANS:  Good morning, Your Honor; Robin

15  Rosen-Evans on behalf of Mr. Swaby, who is to my right.

16      THE COURT:  Ms. Rosen-Evans, good morning.

17      And, Mr. Swaby, good morning to you, sir.

18      THE DEFENDANT:  Good morning.

19      THE COURT:  As the parties will remember, when Mr.

20  Swaby was last before the Court, he came and announced his

21  decision to change his plea from a plea of not guilty to a plea

22  of guilty; and because of that, the probation office was asked

23  to prepare a presentence investigation report.  That report has

24  been completed and a copy has been provided to both sides.

25      Now, today, the Court is obligated to go through a

Thursday, December 22, 2016.

1  two-step process to decide what would be an appropriate

2  sentence.  First, the Supreme Court has told us that we need to

3  start by consulting what are called the federal sentencing

4  guidelines.  But because those guidelines ultimately generate a

5  nonbinding recommendation, then the Court is obligated to turn

6  to another statute where Congress has set forth a list of other

7  factors that need to be considered as well.

8           Now, coming back to the guidelines for a minute, our

9  court of appeals has told us that in order to properly consult

10  the guidelines, we need to make sure that they have been

11  properly calculated.  So to do that, we want to pause for a

12  moment or two, and go back and take a second look at the

13  presentence investigation report.

14          Number one, we want to be sure that the facts that

15  are set forth in that report, the description of what happened,

16  that all of those facts are accurate.  Second, we need to be

17  sure that whatever legal conclusions are drawn from those

18  facts, that they are appropriate and justified; and then, of

19  course, finally, but very important, we want to make sure that

20  the numbers, the calculations that have been generated, that

21  they, too, are accurate.

22          So with that as a background, let me turn to Ms.

23  Rosen-Evans, if I might, first to see if there are any

24  objections to the facts in the presentence investigation

25  report, any remaining objections.

Thursday, December 22, 2016.

```
 1              MS. ROSEN-EVANS:  No factual objections.
 2              THE COURT:  Well, thank you.
 3              Ms. Anton, from the Government's point of view, any
 4     factual objections?
 5              MS. ANTON:  None.
 6              THE COURT:  Thank you.
 7              Let's move then into that second category of legal
 8     issues within the guidelines, and let's go back to Ms.
 9     Rosen-Evans.
10              MS. ROSEN-EVANS:  Yes, Your Honor, there is one legal
11     objection.
12              THE COURT:  What would that be?
13              MS. ROSEN-EVANS:  At page seven, paragraph 31, under
14     the subheading, "Chapter 4 enhancements," Mr. Swaby is
15     classified as a career offender, based in part upon his 2013
16     Florida conviction for possession with intent to sell,
17     manufacture, or deliver marijuana, which is case number
18     2012-CF-12267, and we would dispute that that conviction
19     satisfies the definition of a controlled substance offense
20     pursuant to 4B1.2B, because this particular Florida statute is
21     a strict liability offense requiring no mens rea.
22              THE COURT:  All right.  Well, thank you.
23              Ms. Anton, does the Government have any legal issues
24     that you need to raise?
25              MS. ANTON:  I do not have any legal issues, Your
```

1  Honor.

2          THE COURT:  Okay.  Why don't we go back and deal with

3  this.  We have one legal issue that we need to address, and one

4  of the reasons that we treat the legal issues a little bit

5  differently from the factual objections is the rules are

6  slightly different.  If we are dealing with something which, if

7  established, would increase the sentence, the Government bears

8  the burden of persuasion.  If we are dealing with something

9  which, if established, would reduce the sentence, the defendant

10 bears the burden of persuasion.

11          Sounds to me like this is clearly something where the

12 Government bears the burden of persuasion.  Does the Government

13 wish to put on any evidence on this issue?

14          MS. ANTON:  Judge, I do not wish to put on any

15 evidence other than proffer the prevailing case law.

16          THE COURT:  Okay, so argument.

17          Does the Defense wish to put on any evidence?

18          MS. ROSEN-EVANS:  No, Your Honor, just argument.

19          THE COURT:  So let's then turn to Ms. Anton and allow

20 her to address this issue.

21          MS. ANTON:  Yes, Judge.

22          THE COURT:  Do you want to come on up to the lectern?

23 I think it is a little easier for the court reporter.

24          MS. ANTON:  The Government's position is fairly

25 simple and, fortunately for the Defense, highlighted even in

Thursday, December 22, 2016.

1  her motion, that the contention is foreclosed by the case of

2  *United States versus Smith, which* is at 774 F.3d 1262, the

3  Eleventh Circuit in 2014, which held that he mens rea is not an

4  element of the definition of a controlled substance offense.

5       While I understand the Defense position, the

6  Government's position is, in fact, that his predicate

7  conviction does, in fact, qualify under the current case law,

8  And as such, he should be sentenced as a career offender.

9       THE COURT:  All right, thank you.

10      Let me invite Ms. Rosen-Evans to come on up to the

11 lectern.

12      MS. ROSEN-EVANS:  Your Honor, we understand that our

13 objection is foreclosed by *Smith, which* held that mens rea is

14 not even an implied element of the definition of career -- of

15 controlled substance offense, but it is the defendant's

16 position that *Smith* was decided in contravention of *Staples v.*

17 *U.S.,* 511 U.S. 600, decided in 1994, which held that mens rea

18 must be presumed to be an element of any harsh criminal

19 penalty, so long as there is no indication Congress intended to

20 dispense with the conventional mens rea element.

21      So we understand the *Smith* holding, Your Honor, we

22 are raising the objection on the chance -- and we do intend to

23 appeal it and then take a cert petition to the Supreme Court on

24 the off chance that sometime in the near future, the

25 composition of the Court may well change, and that this issue

Thursday, December 22, 2016.

1    may well be addressed.

2              THE COURT:  Ms. Rosen-Evans, thank you so much.

3         I think we are all very conscious of the fact that

4    this area of evaluating what are adequate predicate offenses,

5    whether it be for the Armed Career Criminal Act or for career

6    offender under the guidelines, is an area where there has been

7    an extreme, an extraordinary amount of litigation, refinement

8    by the courts, in some instances, parsing the elements of

9    various crimes and forcing us to look very carefully to make

10   sure that whatever offense is utilized, that it meets the

11   requirements; in this instance, the requirements of the

12   sentencing guidelines.

13             And, of course, here, we are looking at whether Mr.

14   Swaby has the number of convictions for a controlled substance

15   offense, as that term is defined by Section 4B1 and 4B1,

16   Subsection 2 of the sentencing guidelines.

17             And I'm looking at 4B1.2, Subsection B, that says

18   that the term "controlled substance offense" means an offense

19   under federal or state law punishable by imprisonment for a

20   term exceeding one year, that prohibits the manufacture, the

21   import, the export, distribution, or dispensing of a controlled

22   substance or a counterfeit substance.  Or the possession of a

23   controlled substance or a counterfeit substance with the intent

24   to manufacture, import, export, distribute or dispense.

25             I believe, of course, this Court is bound by the

1   Eleventh Circuit's opinion in the *Smith* case, but I have said,

2   and it would be certainly appropriate to preserve issues for

3   future consideration because there have been changes in the law

4   that we have all watched so that making sure that they have

5   been properly raised becomes very important.

6        So I will overrule the Defense objection to that, to

7   the consideration or classification of Mr. Swaby as a career

8   offender.

9        That's preserved in the record.

10       In light of that, of course, I don't expect anybody

11  to step back from the positions that have been advanced, but in

12  light of the rulings that I have made, I would like to have us

13  go back now and look at the presentence investigation report

14  just to make sure that we have the correct calculations in

15  front of us.

16       If we begin on page eight, at paragraph 34, there is

17  the offense level, the total offense level is shown to be a

18  total offense level of 29.

19       Now, moving over to page 14, in paragraph 50, T

20  indicates that Mr. Swaby has a total of 14 criminal history

21  points, and then in paragraph 15 -- excuse me, 51, but by

22  virtue of these prior drug convictions, he is then categorized

23  as a career offender, and automatically, he would be placed in

24  a criminal history category six.

25       It is interesting, though, I'm not sure how

1  significant that is, because he is already in a category six by

2  virtue of the prior number of criminal history points.  Does

3  the career offender designation change the recommended

4  sentence?

5          MS. ROSEN-EVANS:  Your Honor, the change would be as

6  to the offense level.

7          THE COURT:  It is the offense level then, so that

8  doesn't -- no, okay.

9          So we are moving forward now to page 19; and at

10  paragraph 80, the recommended guideline imprisonment range is a

11  range of 151 to 188 months.  Do both parties agree that those

12  are the correct calculations within the advisory guidelines?

13          MS. ANTON:  Yes, Your Honor, the Government.

14          MS. ROSEN-EVANS:  In lieu of the Court's ruling on my

15  objection, yes.

16          THE COURT:  Yes.  Well, what we have just done is we

17  have consulted what the guidelines would recommend; but you

18  remember I said before, the guidelines, as important as they

19  are -- and indeed they are, and they are entitled to great

20  respect.  Nonetheless, what they make is, what they generate is

21  a nonbinding recommendation.  So because of that, now the Court

22  is obligated to turn to another statute.  It is Title 18 of the

23  United States Code Section 3553(a) where Congress has set forth

24  a list of factors that need to be considered.

25          I think we can do that in a moment, but before

1  getting to that, the law requires that I ask Mr. Swaby a

2  question.

3          Mr. Swaby, the question is whether you are aware of

4  any problem or any difficulty, really anything at all that

5  would stop the Court today and prevent the Court from

6  announcing any sentence at all in your case?  Are you aware of

7  anything like that, sir?

8          THE DEFENDANT:  No, Your Honor.

9          THE COURT:  Well, thank you.

10         No legal cause having been shown as to why sentence

11  of law should not be imposed, I would be more than happy to

12  hear whatever you would like to say.  If it is okay with you,

13  why don't I begin by inviting Ms. Rosen-Evans to come to the

14  lectern to speak on your behalf, but I'm going to come right

15  back to you, okay?

16         MS. ROSEN-EVANS:  Okay.

17         THE DEFENDANT:  Okay, Your Honor.

18         THE COURT:  Ms. Rosen-Evans.

19         MS. ROSEN-EVANS:  Thank you, Your Honor.

20         Based upon the Court's ruling on Mr. Swaby's

21  objections, his guideline range, his advisory guideline range

22  is 151 to 188.  I would argue to the Court that a sentence of

23  120 months is sufficient but not greater than necessary under

24  the circumstances of this particular case.

25         In looking at the 3553(a) factors, first, we look at

1    the nature and the circumstances of the offense.  Mr. Swaby is

2    here because he committed a number of unarmed bank robberies.

3    The Government allowed him to plead to two.  They dismissed

4    two.  No one was injured during any of the robberies.  He was

5    very cooperative with law enforcement.  He has accepted

6    responsibility and expressed remorse.

7           In looking at the history and the personal

8    characteristics, which is really where I'm going to focus,

9    Mr. Swaby is 32 years old.  His parents divorced when he was

10   nine.  He was raised by his mother, who struggled financially

11   to provide for the family.  There were many occasions where the

12   family would have to stay with relatives because his mother

13   could not afford rent.

14          Between the ages of four and six, Mr. Swaby reports

15   that he was physically and sexually abused by various

16   relatives, which is probably the source of the PTSD diagnosis

17   which he was given by Dr. Obed Saint-Louis, who is the

18   addiction specialist that I had Mr. Swaby evaluated by.

19          As a way to escape from the memories of abuse and his

20   chaotic life, he began to abuse drugs and alcohol, at a very

21   early age.  He began to drink at age 12.  He was drinking daily

22   by age 14.  He started using marijuana at age nine and began

23   using it daily at age 14.  Cocaine, he started using at age 27,

24   used that daily until his arrest.  Flakka, which is the drug

25   that really gave him the most trouble, he was using up to two

1  grams a day of that.  He has also used bath salts and crack

2  cocaine.

3          He has attended and completed treatment on one

4  occasion, but he relapsed when he got out because he didn't

5  have the necessary support system.

6          He did not complete high school.  He does not have a

7  GED, so I'm hoping that he will take the time, while he is in

8  custody, to further his education.

9          He has worked at various jobs in construction, laying

10  tile, carpentry, as a handyman; but I think what is very

11  important, Judge, is that his prior criminal record is directly

12  related to his addiction, which I would argue is directly

13  related to his early victimization.

14          At age 20, he was convicted in federal court in New

15  York of body-carrying heroin.  Now, Judge, I think that someone

16  who agrees to body-carry drugs, it is an absolute sign of

17  desperation to ingest -- he ingested a number of pellets; and

18  then, when he found he could not ingest any more, he then

19  carried.  I think it was either on his person --

20          THE COURT:  In his shoes.

21          MS. ROSEN-EVANS:  -- in his shoes, the rest of the

22  drugs.  So that was his first conviction.

23          Then at age 28, he was convicted of possession of a

24  nonpersonal use amount of marijuana.  He was not caught selling

25  it.  I think they answered -- the law enforcement answered a --

1  some sort of a domestic call or a call non-related to drug --

2  drug distribution, and they found those quantities of marijuana

3  in the -- in the residence where Mr. Swaby was living, which

4  those two offenses make him a career offender.

5          So to help the Court determine what a reasonable

6  sentence would be or could be, I had Mr. Swaby examined by

7  Dr. Obed Saint-Louis, and Mr. Louis is an M.D.  He is not a --

8  there aren't too many of them in the area, but he specializes

9  in addiction medicine.  And Mr. Swaby, as a matter of fact,

10  asked me to find somebody like that to help try and figure out

11  what was going on with him.  And so, we found Dr. Saint-Louis,

12  who went and did the examination, and you have a copy of his

13  report.

14          Dr. Saint-Louis found that Mr. Swaby suffers from

15  PTSD, which probably relates back to his childhood abuse;

16  anxiety; depression; and substance use disorder, which is what

17  the DSM calls severe addiction.  It is called substance use

18  disorder, which I had not heard of until I found Dr.

19  Saint-Louis.

20          Again, Dr. Saint-Louis's opinion is that the drug --

21  the severe drug use was a probable coping mechanism for the

22  PTSD, that substance use disorder.  And I think we see this

23  anecdotally, when we see people coming to court because they

24  are committing crimes to get drugs, or they are committing

25  crimes because they are on drugs.

1      We see that drug dependence and drug abuse has a

2  devastating effect on a person's life; but it also, according

3  to Dr. Saint-Louis and also the filing that I submitted to the

4  Court, which were a number of articles showing that chronic

5  drug use affects the functioning of a person's brain, actually,

6  their brain chemistry is changed and that this prolonged use of

7  drugs can affect a person's -- person's reasoning ability,

8  their decision-making ability, and their brain chemistry.

9      And because Mr. Swaby's new normal was -- as Dr.

10  Saint-Louis said, was the sustained high, his reaction to his

11  environment was altered compromising his decision-making

12  ability?

13      And if you remember, Judge, the last robbery after

14  Mr. -- when Mr. Swaby was arrested, he committed the robbery

15  and then he went over to a people mover.  So he went on a

16  people mover in Fort Lauderdale and was sitting in the -- it's

17  like a bus, I guess, when the police came to find him.  So

18  clearly, that's not somebody using any sort of comprehensible

19  decision-making, when you rob a bank and then you walk over to

20  a mass transit and you sit there and you are waiting to go on

21  your way.

22      In the final stages of addiction, which I would argue

23  Mr. Swaby is in, that's where the person deals with

24  preoccupation and anticipation of the cravings for the drugs.

25  According to the articles that I have read and submitted to the

1  Court, there is an impairment of the executive functioning of

2  the prefrontal cortex circuits which play a vital role in

3  higher order functions, including judgment and decision-making.

4         The prefrontal cortex helps us with making rational

5  decisions and to override impulses, but that a brain in the

6  throes of addiction is -- essentially is highjacked, and that's

7  really what happened with Mr. Swaby.

8         But there can be profound changes in the neurons and

9  brain circuits, which are known to affect areas of the brain

10 which control attention, reasoning, and impulse control.

11        So I think what we have here is somebody who was --

12 it began as self-medicating to deal with some very significant

13 personal problems that he was not getting treatment or care

14 for.  The self-medication became the addiction which drove not

15 only his criminal behavior which started at age 20 with a

16 desperate -- I would argue one of the most desperate things

17 that you could do to agree to be a body-carrier of drugs and

18 then to the use of the marijuana about a decade, eight years

19 later.

20        So he comes to the Court now looking at this very

21 significant amount of time, which is 151 to 188 months.  He has

22 never been involved in any violent behavior before, which I

23 think is important.  So this Court must fashion a sentence

24 which reflects the seriousness of the offense, promotes respect

25 for the law, and provides just punishment.

Thursday, December 22, 2016.

1          Now, as I indicated, Mr. Swaby does not have a

2    violent history.  He was, in fact, the victim of violence,

3    which led him down the path of addiction, and I -- the only

4    hopeful thing that I found in reading Dr. Saint-Louis's report

5    was that Mr. Swaby has expressed to him a readiness to change;

6    to actively participate in recovery.  He is aware of the need

7    to change, and he has a sobriety plan for the future.

8          He has a specific place in the Bureau of Prisons that

9    he wants to be designated to, if the Court will allow.  He

10   wants to take the RDAP program, even though he will not get the

11   one year off because of the nature of the offense.  So he, I

12   think, has taken this time since he has been in custody and has

13   been able to get off the drugs, to think about his future.

14         He is still a young man, and he has -- and he will be

15   a relatively young man when he is released from the Bureau of

16   Prisons.

17         So I think that the Court should fashion a sentence

18   which recognizes the serious nature of what he has done, but

19   also recognizes the causes of the actions that he took, and the

20   fact that he is not a violent person by nature, that he wants

21   help, he wants to change, and that I think he is looking

22   forward to a future where he can be free from his addiction.

23         And I would argue that a sentence of 120 months,

24   which is really not a very significant reduction from the

25   hundred and -- the low end, which is 151, so we are talking

```
 1    about a 31-month reduction would be a reasonable sentence.

 2            We would also be asking for a recommendation to FCI

 3    Marianna, where Mr. Swaby has heard some good things about, and

 4    a recommendation to the RDAP program even though we know that

 5    he would not be eligible for the year off.

 6            Thank you, Judge.

 7            THE COURT:  Ms. Rosen-Evans, thank you.

 8            Mr. Swaby, would you like to come and address the

 9    Court?  And good morning, sir.

10            THE DEFENDANT:  Good morning.

11            Good morning, Your Honor.

12            THE COURT:  Good morning.

13            THE DEFENDANT:  I want to start by saying I'm very

14    remorseful for everything that took place.  Due to my sobriety

15    now, I'm thinking clearly, and I would like to take the

16    opportunity to become a productive member of society and be

17    completely sober.

18            I really don't have a lot to say because I'm not

19    really a good speaker, but I can use this opportunity to

20    utilize the tools that would be provided for me so I can stay

21    out of trouble.

22            THE COURT:  Thank you, Mr. Swaby.  I really

23    appreciate your remarks.  Thank you, sir.

24            THE DEFENDANT:  You're welcome.

25            THE COURT:  Ms. Anton, may I turn to you for the
```

Thursday, December 22, 2016.

1    Government's assessment of the case?

2         MS. ANTON:  Yes, Your Honor.  While I understand that

3    he was charged with and indicted for committing four bank

4    robberies that were not armed, I take -- I guess I take issue

5    with Defense's contention that he is not violent, and he is not

6    charged with violent crimes.

7         In each of these four robberies, the defendant

8    threatened the tellers and told them that they had five

9    seconds, essentially, to comply with his demands.  In so doing,

10   he instilled a sense of fear in them, as if he were armed,

11   because what would happen in five seconds if they didn't comply

12   with his demands.  Did he have a bomb?  Did he have a gun?

13   Nobody knew what he had or didn't have.  So I don't think that

14   it's a fair assessment to say that these aren't violent crimes.

15   They necessarily entailed violence.

16        He didn't simply pass a note and say, "Please give me

17   all of the money, I have an addiction and I need this."  While

18   it almost sounds comedic, I don't intend it to be that way

19   because I have had a number of cases where, in fact, that's

20   what the note says, "I just need something to eat, please give

21   me some money."  It doesn't say that, so I do take issue with

22   that.

23        Additionally, when I look at the defendant's history

24   and personal characteristics, he is only 32 years old, but he

25   has spent three years in federal prison for the importation of

Thursday, December 22, 2016.

1   heroin; he spent 18 months in Florida state prison for firearms

2   and narcotics trafficking, and he has amassed seven felony

3   convictions and 11 misdemeanors since he was 20, in a very

4   short period of time.

5        In addition, if you look at the PSR, at the facts of

6   the firearms and narcotics trafficking, again, although there

7   was no violence in that he didn't shoot anybody, he isn't

8   alleged to have brandished the firearms in any of those cases.

9   Both of the factual assertions in those cases deal with a large

10  amount of narcotics being sold by the defendant in addition to

11  numerous firearms being handled and possessed by him in the

12  course of selling those drugs, which, as we all know, is a

13  recipe for violence.  And the only reason that he would have

14  those guns, while already about a convicted felon, was so that

15  he could protect and defend his narcotics stash.

16       So although there aren't any convictions that deal

17  with what we would normally consider to be violent crimes,

18  armed robberies or carjackings, I would argue to the Court that

19  there is an element of violence there because this isn't just a

20  simple sale of narcotics.  They were both accompanied by

21  numerous firearms after already being a convicted felon.

22       THE COURT:  Are you referring to paragraph 45?

23       MS. ANTON:  I am referring to paragraph 45, which

24  indicates that he was in possession of two firearms, both that

25  had obliterated serial numbers in addition to about in

Thursday, December 22, 2016.

1   possession of eight large bags of marijuana, 31 ecstasy pills

2   and 50 dollars, and he admitted that he sold six pounds of

3   marijuana per week.  This was a thriving business that the

4   defendant had, not just with marijuana but with ecstasy; and,

5   in order to protect his business, that's why he had the two

6   firearms, you know.  And at that point in time, he was already

7   a convicted felon, so he knew he shouldn't have the firearms,

8   nevertheless be selling drugs with the firearms.

9          He did get a benefit, in my opinion, on paragraph 45

10  and 47, which was another drug arrest, where the defendant had

11  a firearm.  Those two cases were -- occurred at a separate time

12  and they were distinct; however, he served a consecutive -- a

13  concurrent sentence on both of those cases.

14         So his history only shows that he has gone to prison

15  twice for the 18-month stint and then the three-year stint,

16  although there is a number of different crimes committed

17  therein.

18         THE COURT:  In 47 --

19         MS. ANTON:  Yes.

20         THE COURT:  -- is it only the shotgun shells?  Was

21  there a weapon as well?

22         MS. ANTON:  It says that there were shotgun shells;

23  but, you know, under both the state and federal statutes, that

24  suffices to establish --

25         THE COURT:  I know that, sure, sure.  Okay.

Thursday, December 22, 2016.

1          MS. ANTON:  Yes.  You are correct, so it was the

2   shells.  And then in addition, when I looked through the prior

3   convictions and the history, it's clear that he has been given

4   a number of chances.  As I indicated in my filing, he was

5   sentenced to probation a number of times, at both the state and

6   federal level.  The PSR indicates that he violated that

7   probation.  In fact, when he committed these robberies, he was

8   on probation for possession of flakka, which is the synthetic

9   drug that he was charged with.

10          It appears to me that he remains undeterred, despite

11   having been given all of these opportunities.

12          He was represented by counsel, I'm sure arguments

13   were made to the Court to give the defendant a chance, based on

14   his past and his addiction; but at some point in time, the

15   defendant needs to be held accountable for the crimes that he

16   committed.  And here, it is not just one bank robbery, he

17   robbed four banks in the period of one week.

18          He -- I think that when Your Honor looks at the facts

19   and circumstances that, you know, it is clear that the

20   defendant does have some kind of drug addiction problem.

21          And you know, I have no grounds to dispute anything

22   that the doctor has opined, as I didn't have him evaluated by

23   anyone independently nor even review the full report that the

24   doctor -- you know, of what he conducted.  But having said

25   that, while I do think the sentence needs to be tempered with a

```
 1  desire to try to help and see if, at all possible, to
 2  rehabilitate Mr. Swaby, there were a significant amount of
 3  people who were placed in great fear and trauma having to
 4  endure being the victims of a bank robbery, and I think, at
 5  this point, having committed four of them in rapid succession
 6  and having the benefit of only having pled to two, because I
 7  did agree to drop two of them because he cooperated and because
 8  he wanted to plead guilty, I do think that that should be taken
 9  into account.  However, I don't think that his addiction should
10  be used as the sole purpose to mitigate his sentence and vary
11  below the career offender guidelines, which, as Your Honor
12  amply stated, he was already a criminal history category six.
13  Normally, it bumps you up to the six, but he was already there.
14  So the career offender in this case, simply has elevated the
15  offense guidelines, which are very low for a bank robbery.  As
16  Your Honor knows, one bank robbery garners about three years in
17  prison.
18          So I would argue to the Court that the advisory
19  guideline sentence is appropriate.  I wouldn't ask for the top
20  of the guidelines.  I think a sentence more at the bottom of
21  the guidelines would be appropriate; but, at this point, I
22  think considering all of the factors under 3553(a), there is a
23  need to promote respect for the law and, at some point, Mr.
24  Swaby needs to accept responsibility for the acts he committed.
25          THE COURT:  Thank you very much.
```

Thursday, December 22, 2016.

1           MS. ANTON:   Thank you, Judge.

2           THE COURT:   Well, we began today by considering the

3    advisory guidelines.   We know the recommendation that is made

4    there; and, of course, now the Court is obligated to turn to

5    Title 18 of the United States Code Section 3553(a) where

6    Congress has set forth a list of factors that must be

7    considered.   The first is the nature and the circumstances of

8    the offense.

9           I have to agree with Ms. Anton, I have had so many

10   cases where the tellers have come to court and they have kind

11   of spoken to you about their feelings and, you know, what

12   they -- what they experienced.   Reality is they are very much

13   afraid, and, obviously, that has led to what I suspect is a

14   pretty well-known direction is that you don't resist.   Someone

15   comes in and says it is a bank robbery, you go ahead and turn

16   over the money.

17          I do have to tell you, when I read this case and so

18   on, it reminded me of the commercial that you sometimes see on

19   television where the bank robbers come in and the guard turns

20   to somebody and says, "There's a bank robbery," and they say,

21   "Well, aren't you going to do it?"   He says, "No, no, I'm not

22   here to, I'm just here to advice you what is taking place."

23          Now, I don't mean to minimize this because it is

24   clear to me that for the protection of the tellers, they have

25   been instructed simply to say, "Okay, fine, it is a bank

1    robbery, I'm going it turn over the money."

2          But I do think when you look at this, you look at

3    where Mr. Swaby was in his -- in the throes of addiction.  I

4    mean, it is just repetitive bank robberies, walking out.  I'm

5    not so sure that I agree with Ms. Rosen-Evans that getting on

6    the people mover is not a bad idea.  I think you want to get

7    out and melt into the crowd and get away, and you do whatever

8    you can.  But it is pretty clear that Mr. Swaby -- and there is

9    one indication he came on a bicycle.

10          Something is going on, and let me tell you, here's

11   where we are.  Mr. Swaby sounds, today, like a really

12   thoughtful and intelligent person, and I suspect that's because

13   he is back to himself.  He is not taking the quantity of drugs,

14   and what have you, that he was doing when he was committing all

15   of this.

16          Here is the difficulty that we have, and we have to

17   confront this.  Ms. Anton has pointed out, and she's right.  I

18   mean, really, Ms. Rosen-Evans has said the same thing, the

19   background is just, there are all kinds of problems that have

20   occurred; and then, in the course of it, there have been all

21   these interactions with the criminal justice system.

22          I'm not a psychiatrist.  I kind of go back and try to

23   figure out why does somebody do this rather than that.  My

24   suspicion is that Ms. Rosen-Evans has really put her finger on

25   it.  There are a lot of things interacting with each other.

Thursday, December 22, 2016.

1    And by the way, I suspect that Mr. Swaby, as he gets a chance

2    to reflect on this, to talk with the doctor and everything

3    else, kind of gets an insight into himself as to what is

4    propelling him on to do these things.

5            The difficulty is, and this is really a sad

6    commentary, when people engage in really dangerous activity and

7    activity that, you know, just has to be stopped, then the

8    alternatives get limited because you look and say, "Well, who

9    is this fellow, what has been he been doing, what are the

10   options that are available."

11           You know, Mr. Swaby, you are 32 years old today.  Is

12   the option that you are going to spend the rest of your life in

13   jail?  I mean, nobody wants that.  I hope you know that.

14   Nobody wants that, but you have got to somehow, somehow get a

15   grip on this; and if you go back into the throes of using

16   drugs, you know -- because I know you know this today, it takes

17   you straight down.  It takes you straight down to where you are

18   engaging in really destructive activity, destructive to

19   yourself and, frankly, activity that is threatening to other

20   people.

21           I understand the Government's argument; and, you

22   know, the guidelines are entitled to great respect.  And I

23   realize, by the way, that in all of this, we are only looking

24   at two of the bank robberies.  We have to put two others to the

25   side.  But I will tell you, I think a sentence of 120 months,

1   that's ten years in jail, I think that is one that is

2   sufficient but not greater than necessary to achieve the goals

3   that Congress has set forth.

4           My hope is that you are going to get over this, this

5   addiction, being in the throes, really being almost a prisoner

6   of the addiction and the way it affects you in terms of the

7   choices you are making.

8           Mr. Swaby, in listening to you and -- I mean, I have

9   only met you really today to have a chance to talk with you,

10  but you sound like somebody who has the capability of getting a

11  grip on this, and that was certainly the doctor's view.

12          I have to tell you, though, that with the record that

13  you have amassed, if you do something like this again, you are

14  going to end up literally in jail for the rest of your life,

15  and what a waste that would be.  But you see, at some point,

16  you look and you say, "Well, it is an issue of protecting the

17  public, we can't do anything else," so my hope is that that

18  won't happen.

19          I appreciate the thought you have given to perhaps

20  the facility in Marianna having something that can help you,

21  and I'm certainly going to recommend the RDAP program.  I don't

22  care whether it gives you a benefit of a reduction of sentence

23  or not.  I think it will help you and give you an insight into

24  yourself.  But when all is said and done, you are the fellow

25  who is most important, either you are able to kind of move

1    forward and away where you are not violating the law.

2           I looked, as Ms. Anton indicated, the idea that you

3    are back selling that amount of marijuana, you were doing a

4    pretty good business as a drug dealer.  I'm not surprised that

5    you had guns to protect yourself, but you can see what you did,

6    where you are moving in that level.  One of the things that I

7    see in court, frankly, is how violent that can be.  Danger to

8    you, danger to other people.

9           For all of these reasons, you have got to get away

10   from drugs, you just have to because that's the only way you

11   are going to lead a productive life and be able to be out of

12   jail.  You get back into taking drugs, you are going to be back

13   into the criminal justice system, and it's just -- it's because

14   of the record that you have amassed, it is going to be so

15   difficult.

16          Now, my obligation today, of course, is to impose a

17   sentence that reflects the seriousness of this offense.  They

18   are very serious offenses, and I appreciate that no weapons

19   were involved and so on, but -- and that certainly can be

20   considered, but bank robbery is a serious offense.  I recognize

21   that I have an obligation to impose a sentence, number one,

22   that I hope would deter you.  And Ms. Anton has spoken to this,

23   you have done a number of things and you had other sentences.

24   I have to also, of course, be concerned about this concept of

25   general deterrence.  The message goes out that if somebody does

Thursday, December 22, 2016.

1  engage in bank robberies, they do get caught, and, you know,

2  the apprehension rate for bank robberies is incredibly high,

3  the people have to understand that if they get caught, the

4  sentences will be serious.

5        Well, I have looked at all of these, and I do think a

6  sentence somewhat below the advisory guideline range is one

7  that would be sufficient but not greater than necessary to

8  achieve the goals that Congress has set forth.

9        And for all of these reasons, it is the judgment of

10  this Court that the defendant, Mr. Anthony Swaby, is to be

11  committed to the United States Bureau of Prisons to be

12  imprisoned for a term of 120 months.  Now, this consists of

13  terms of 120 months as to Counts 1 and 2, but they are going to

14  run concurrently, at the same time.  So effectively, there is

15  one sentence.

16        Now, I'm going to order that you pay restitution in

17  the sum of $1,000; and while you are in prison, the restitution

18  can be paid in this way.  If you are able to obtain and get a

19  UNICOR job, the federal prison industries, then I want you to

20  pay 50 percent of the wages that are earned toward the

21  satisfaction of this financial obligation imposed by this

22  judgment in a criminal case.  On the other hand, if you are not

23  able to get one of these UNICOR positions, then you must pay a

24  minimum of $25 per quarter toward the financial obligations

25  imposed by this order.

1        Now upon your release from imprisonment, you are to

2   pay restitution at the rate of 10 percent of your monthly gross

3   earnings until such time as the Court may alter that payment

4   schedule in the interest of justice.

5        The United States Bureau of Prisons, the United

6   States Probation Office, and the United States Attorney's

7   Office all shall monitor the payment of restitution and shall

8   report to the Court any material change in Mr. Swaby's ability

9   to pay.

10        These payments, of course, do not preclude the

11   Government from using any other anticipated or unexpected

12   financial gains, assets, or income of Mr. Swaby to satisfy the

13   restitution obligations.

14        The restitution is to be made payable to the Clerk of

15   the United States Court and forwarded to the Clerk's Office,

16   attention the financial section, at 400 North Miami Avenue Room

17   8-N, as in Nancy, 09, at Miami, Florida, 33128, and then the

18   clerk will forward the restitution on to the bank.

19        Mr. Swaby, upon your release from imprisonment, you

20   are going to be placed on supervised release for a term of

21   three years.  Now this consists of three years as to Count 1,

22   and three years as to Count 2; but again, both of those terms

23   run at the same time.  So effectively, there is one period of

24   supervised release.

25        Please remember that while you are on supervised

1   release, number one, you must not commit any other crime.

2   Remember that you are prohibited from possessing a firearm.

3   That's really a serious limitation or any other dangerous

4   device; and, of course, you must not possess, you must not use

5   any illegal drug.

6          I want you to comply with the standard conditions of

7   supervised release, and they are going to be explained to you

8   in detail by the probation officer.  But over those standard

9   conditions or in addition to them, I'm going add the following

10  special terms.  Number one, I want you to maintain full-time

11  legitimate employment and not be unemployed for longer than 30

12  days without the written permission of the Court.

13         I want you to give to the probation officer whatever

14  documents are requested, pay stubs or things like that, so they

15  can verify the employment, and I want you to get the written

16  permission of the Court before entering into any kind of self-

17  employment.

18         I want you to participate in these rehabilitation

19  programs, one aimed at mental health treatment, the other aimed

20  at alcohol and drug treatment; and I want you to abide by all

21  of the supplemental conditions of treatment.  Now your

22  participation in either or both of those programs may include

23  inpatient or outpatient treatment, whatever is deemed necessary

24  and beneficial, and you are to contribute to the costs of the

25  services rendered by making a copayment based on your ability

1  to pay or upon the availability of a third-party payment.

2          Finally, while you are on supervised release, you

3  must submit to a search of your person, your property, and your

4  home.  That search to be conducted in a reasonable manner and

5  done at a reasonable time by the probation officer.

6          Now, I want the record to reflect, I have looked

7  carefully at Mr. Swaby's situation, he does not have the

8  ability to pay a monetary fine, and it is for that reason that

9  no monetary fine has been included as part of the sentence.

10 However, I am obligated and I do order that Mr. Swaby pay a

11 special assessment in the sum of $100 as to each of the two

12 counts of conviction.  So there are $200 in special

13 assessments.

14         Mr. Swaby, I want you to know that you have the

15 absolute right to take an appeal from the judgment and sentence

16 announced this morning.  And if you would like to take an

17 appeal and if you, yourself, do not have the money to hire a

18 lawyer to represent you on that appeal, please know that I

19 would, in fact, appoint a lawyer to represent you.

20         Now, in order to take an appeal, you need to file a

21 piece of paper that is called a notice of appeal, and that

22 notice must be filed within 14 days of the day when the

23 judgment and sentence are actually entered on the books of the

24 court.

25         Before I conclude this morning, it is my obligation

1   to elicit from counsel for both parties their fully articulated

2   objections to the Court's findings of fact and conclusions of

3   law, and also to elicit any objections that either party might

4   have to the manner in which the sentence has been imposed.

5           Let me turn first to Ms. Anton for the Government.

6           MS. ANTON:  No objections from the Government, Your

7   Honor.

8           THE COURT:  Let me turn now to Ms. Rosen-Evans for

9   the Defense.

10          MS. ROSEN-EVANS:  Yes, Your Honor, we would renew our

11  objection to the use of the Florida marijuana conviction count

12  counting toward a controlled substance offense for career

13  offender purposes.

14          THE COURT:  Any special requests on behalf of

15  Mr. Swaby?

16          I'm going to grant your request, and I want Mr. Swaby

17  to know I don't have the legal authority to tell the Bureau of

18  Prisons where somebody must be housed, but I'm more than happy

19  to make that recommendation of the Federal Correctional

20  Institution at Marianna, and I'll also recommend the 500-hour

21  drug treatment program.

22          MS. ROSEN-EVANS:  Those were our requests, Your

23  Honor.  Thank you.

24          THE COURT:  Then unless there is something else to

25  come before the Court, I'll excuse the parties.

Thursday, December 22, 2016.

1        Mr. Swaby, good luck to you.

2        THE DEFENDANT:  Thank you, Your Honor.

3        THE COURTROOM DEPUTY:  All rise.

4        (PROCEEDINGS ADJOURNED AT 12:12 P.M.)

5        **C-E-R-T-I-F-I-C-A-T-E**

6        I hereby certify that the foregoing is

7    an accurate transcription and proceedings in the

8    above-entitled matter.

9

10   *1/31/2017*                    */s/ DIANE MILLER*
     DATE                     DIANE MILLER, RMR, CRR
                              Official Court Reporter
11                            United States District Court
                              701 Clematis Street, Room 259
12                            West Palm Beach, FL  33401
                              561-514-3728

13

14

15

16

17

18

19

20

21

22

23

24

25

Thursday, December 22, 2016.

**$**

**$1,000 [1]**  28/17
**$100 [1]**  31/11
**$200 [1]**  31/12
**$25 [1]**  28/24

**/**

**/s [1]**  33/9

**0**

**09 [1]**  29/17

**1**

**1/31/2017 [1]**  33/9
**10 [1]**  29/2
**11 [1]**  19/3
**12 [1]**  11/21
**120 [5]**  10/23 16/23 25/25
28/12 28/13
**12267 [1]**  4/18
**1262 [1]**  6/2
**12:12 [1]**  33/4
**14 [5]**  8/19 8/20 11/22
11/23 31/22
**15 [1]**  8/21
**151 [4]**  9/11 10/22 15/21
16/25
**16-60117 [1]**  2/5
**16-60117-CR-DTKH [1]**  1/2
**18 [3]**  9/22 19/1 23/5
**18-month [1]**  20/15
**188 [3]**  9/11 10/22 15/21
**19 [1]**  9/9
**1994 [1]**  6/17

**2**

**20 [3]**  12/14 15/15 19/3
**2012-CF-12267 [1]**  4/18
**2013 [1]**  4/15
**2014 [1]**  6/3
**2016 [1]**  1/4
**2017 [1]**  33/9
**22 [1]**  1/4
**259 [1]**  33/11
**27 [1]**  11/23
**28 [1]**  12/23
**29 [1]**  8/18

**3**

**30 [1]**  30/11
**31 [2]**  4/13 20/1
**31-month [1]**  17/1
**32 [3]**  11/9 18/24 25/11
**33128 [1]**  29/17
**33401 [4]**  1/14 1/17 1/22
33/12
**34 [1]**  8/16
**3553 [4]**  9/23 10/25 22/22
23/5
**3728 [2]**  1/23 33/12

**4**

**400 [2]**  1/13 29/16
**43 [1]**  1/7
**45 [3]**  19/22 19/23 20/9
**450 [1]**  1/16
**47 [2]**  20/10 20/18
**4B1 [2]**  7/15 7/15

**4B1.2 [1]**  7/17
**4B1.2B [1]**  4/20

**5**

**50 [3]**  8/19 20/2 28/20
**500-hour [1]**  32/20
**51 [1]**  8/21
**511 [1]**  6/17
**561-514-3728 [2]**  1/23 33/12

**6**

**600 [1]**  6/17
**60117 [1]**  2/5

**7**

**701 [2]**  1/22 33/11
**774 [1]**  6/2

**8**

**8-N [1]**  29/17
**80 [1]**  9/10

**A**

**abide [1]**  30/20
**ability [6]**  14/7 14/8 14/12
29/8 30/25 31/8
**able [5]**  16/13 26/25 27/11
28/18 28/23
**above [1]**  33/8
**above-entitled [1]**  33/8
**absolute [2]**  12/16 31/15
**abuse [4]**  11/19 11/20 13/15
14/1
**abused [1]**  11/15
**accept [1]**  22/24
**accepted [1]**  11/5
**accompanied [1]**  19/20
**according [2]**  14/2 14/25
**account [1]**  22/9
**accountable [1]**  21/15
**accurate [3]**  3/16 3/21 33/7
**achieve [2]**  26/2 28/8
**Act [1]**  7/5
**actions [1]**  16/19
**actively [1]**  16/6
**activity [4]**  25/6 25/7 25/18
25/19
**acts [1]**  22/24
**actually [2]**  14/5 31/23
**add [1]**  30/9
**addiction [16]**  11/18 12/12
13/9 13/17 14/22 15/6 15/14
16/3 16/22 18/17 21/14
21/20 22/9 24/3 26/5 26/6
**addition [5]**  19/5 19/10
19/25 21/2 30/9
**Additionally [1]**  18/23
**address [3]**  5/3 5/20 17/8
**addressed [1]**  7/1
**adequate [1]**  7/4
**ADJOURNED [1]**  33/4
**admitted [1]**  20/2
**advanced [1]**  8/11
**advice [1]**  23/22
**advisory [5]**  9/12 10/21
22/18 23/3 28/6
**affect [2]**  14/7 15/9
**affects [2]**  14/5 26/6

**afford [1]**  11/13
**AFPD [1]**  1/15
**afraid [1]**  23/13
**after [2]**  14/13 19/21
**again [4]**  13/20 19/6 26/13
29/22
**age [9]**  11/21 11/21 11/22
11/22 11/23 11/23 12/14
12/23 15/15
**ages [1]**  11/14
**agree [5]**  9/11 15/17 22/7
23/9 24/5
**agrees [1]**  12/16
**ahead [1]**  23/15
**aimed [2]**  30/19 30/19
**alcohol [2]**  11/20 30/20
**all [23]**  3/16 4/22 6/9 7/3
8/4 10/4 10/6 18/17 19/12
21/11 22/1 22/22 24/14
24/19 24/20 25/23 26/24
27/9 28/5 28/9 29/7 30/20
33/3
**alleged [1]**  19/8
**allow [2]**  5/19 16/9
**allowed [1]**  11/3
**allowing [1]**  2/7
**almost [2]**  18/18 26/5
**already [5]**  9/1 19/14 19/21
20/6 22/12 22/13
**also [8]**  12/1 14/2 14/3
16/19 17/2 27/24 32/3 32/20
**alter [1]**  29/3
**altered [1]**  14/11
**alternatives [1]**  25/8
**although [3]**  19/6 19/16
20/16
**am [2]**  19/23 31/10
**amassed [3]**  19/2 26/13 27/14
**AMERICA [2]**  1/3 2/6
**amount [6]**  7/7 12/24 15/21
19/10 22/2 27/3
**amply [1]**  22/12
**anecdotally [1]**  13/23
**announced [2]**  2/20 31/16
**announcing [1]**  10/6
**another [3]**  3/6 9/22 20/10
**answered [2]**  12/25 12/25
**ANTHONY [3]**  1/6 2/6 28/10
**anticipated [1]**  29/11
**anticipation [1]**  14/24
**ANTON [12]**  1/12 2/10 2/12
4/3 4/23 5/19 17/25 23/9
24/17 27/2 27/22 32/5
**anxiety [1]**  13/16
**anybody [2]**  8/10 19/7
**anyone [1]**  21/23
**anything [4]**  10/4 10/7 21/21
26/17
**appeal [6]**  6/23 31/15 31/17
31/18 31/20 31/21
**appeals [1]**  3/9
**appearances [2]**  1/11 2/8
**appears [1]**  21/10
**appoint [1]**  31/19
**appreciate [3]**  17/23 26/19
27/18
**apprehension [1]**  28/2
**appropriate [5]**  3/1 3/18 8/2

## A

**appropriate... [2]**  22/19 22/21
**area [3]**  7/4 7/6 13/8
**areas [1]**  15/9
**aren't [4]**  13/8 18/14 19/16 23/21
**argue [7]**  10/22 12/12 14/22 15/16 16/23 19/18 22/18
**argument [3]**  5/16 5/18 25/21
**arguments [1]**  21/12
**armed [4]**  7/5 18/4 18/10 19/18
**arrest [1]**  11/24 20/10
**arrested [1]**  14/14
**articles [2]**  14/4 14/25
**articulated [1]**  32/1
**as [39]**
**asked [2]**  2/22 13/10
**asking [1]**  17/2
**assertions [1]**  19/9
**assessment [3]**  18/1 18/14 31/11
**assessments [1]**  31/13
**assets [1]**  29/12
**attended [1]**  12/3
**attention [2]**  15/10 29/16
**Attorney [1]**  1/13
**Attorney's [1]**  29/6
**AUSA [1]**  1/12
**Australian [2]**  1/13 1/16
**authority [1]**  32/17
**automatically [1]**  8/23
**availability [1]**  31/1
**available [1]**  25/10
**Avenue [3]**  1/13 1/16 29/16
**aware [3]**  10/3 10/6 16/6
**away [3]**  24/7 27/1 27/9

## B

**back [14]**  3/8 3/12 4/8 5/2 8/11 8/13 10/15 13/15 24/13 24/22 25/15 27/3 27/12 27/12
**background [2]**  3/22 24/19
**bad [1]**  24/6
**bags [1]**  20/1
**bank [17]**  11/2 14/19 18/3 21/16 22/4 22/15 22/16 23/15 23/19 23/20 23/25 24/4 25/24 27/20 28/1 28/2 29/18
**banks [1]**  21/17
**based [4]**  4/15 10/20 21/13 30/25
**bath [1]**  12/1
**BEACH [5]**  1/5 1/14 1/17 1/22 33/12
**bears [3]**  5/7 5/10 5/12
**became [1]**  15/14
**become [1]**  17/16
**becomes [1]**  8/5
**before [9]**  1/9 2/4 2/20 9/18 9/25 15/22 30/16 31/25 32/25
**began [5]**  11/20 11/21 11/22 15/12 23/2

**begin [4]**  2/7 2/8 8/16 10/13
**behalf [4]**  2/11 2/15 10/14 32/14
**behavior [2]**  15/15 15/22
**believe [1]**  7/25
**below [2]**  22/11 28/6
**beneficial [1]**  30/24
**benefit [3]**  20/9 22/6 26/22
**Between [1]**  11/14
**bicycle [1]**  24/9
**bit [1]**  5/4
**body [3]**  12/15 12/16 15/17
**body-carrier [1]**  15/17
**body-carry [1]**  12/16
**body-carrying [1]**  12/15
**bomb [1]**  18/12
**books [1]**  31/23
**both [11]**  2/24 9/11 19/9 19/20 19/24 20/13 20/23 21/5 29/22 30/22 32/1
**bottom [1]**  22/20
**bound [1]**  7/25
**brain [6]**  14/5 14/6 14/8 15/5 15/9 15/9
**brandished [1]**  19/8
**bumps [1]**  22/13
**burden [3]**  5/8 5/10 5/12
**Bureau [5]**  16/8 16/15 28/11 29/5 32/17
**bus [1]**  14/17
**business [3]**  20/3 20/5 27/4

## C

**C-E-R-T-I-F-I-C-A-T-E [1]**  33/5
**calculated [1]**  3/11
**calculations [3]**  3/20 8/14 9/12
**call [2]**  13/1 13/1
**called [3]**  3/3 13/17 31/21
**calls [1]**  13/17
**came [3]**  2/20 14/17 24/9
**can't [1]**  26/17
**capability [1]**  26/10
**care [2]**  15/13 26/22
**career [12]**  4/15 6/8 6/14 7/5 7/5 8/7 8/23 9/3 13/4 22/11 22/14 32/12
**carefully [2]**  7/9 31/7
**carjackings [1]**  19/18
**carpentry [1]**  12/10
**carried [1]**  12/19
**carrier [1]**  15/17
**carry [1]**  12/16
**carrying [1]**  12/15
**case [15]**  1/2 2/2 2/5 2/5 4/17 5/15 6/1 6/7 8/1 10/6 10/24 18/1 22/14 23/17 28/22
**cases [6]**  18/19 19/8 19/9 20/11 20/13 23/10
**categorized [1]**  8/22
**category [4]**  4/7 8/24 9/1 22/12
**caught [3]**  12/24 28/1 28/3
**cause [1]**  10/10
**causes [1]**  16/19
**cert [1]**  6/23

**certainly [4]**  8/2 26/11 26/21 27/19
**certify [1]**  33/6
**CF [1]**  4/18
**chance [5]**  6/22 6/24 21/13 25/1 26/9
**chances [1]**  21/4
**change [8]**  2/21 6/25 9/3 9/5 16/5 16/7 16/21 29/8
**changed [1]**  14/6
**changes [2]**  8/3 15/8
**chaotic [1]**  11/20
**Chapter [1]**  4/14
**characteristics [2]**  11/8 18/24
**charged [3]**  18/3 18/6 21/9
**chemistry [2]**  14/6 14/8
**childhood [1]**  13/15
**choices [1]**  26/7
**chronic [1]**  14/4
**Circuit [1]**  6/3
**Circuit's [1]**  8/1
**circuits [2]**  15/2 15/9
**circumstances [4]**  10/24 11/1 21/19 23/7
**classification [1]**  8/7
**classified [1]**  4/15
**clear [4]**  21/3 21/19 23/24 24/8
**clearly [3]**  5/11 14/18 17/15
**Clematis [2]**  1/22 33/11
**clerk [2]**  29/14 29/18
**Clerk's [1]**  29/15
**cocaine [2]**  11/23 12/2
**Code [2]**  9/23 23/5
**come [9]**  2/3 5/22 6/10 10/13 10/14 17/8 23/10 23/19 32/25
**comedic [2]**  18/18
**comes [2]**  15/20 23/15
**coming [2]**  3/8 13/23
**commentary [1]**  25/6
**commercial [1]**  23/18
**commit [1]**  30/1
**committed [8]**  11/2 14/14 20/16 21/7 21/16 22/5 22/24 28/11
**committing [4]**  13/24 13/24 18/3 24/14
**complete [1]**  12/6
**completed [2]**  2/24 12/3
**completely [1]**  17/17
**comply [3]**  18/9 18/11 30/6
**composition [1]**  6/25
**comprehensible [1]**  14/18
**compromising [1]**  14/11
**concept [1]**  27/24
**concerned [1]**  27/24
**conclude [1]**  31/25
**conclusions [2]**  3/17 32/2
**concurrent [1]**  20/13
**concurrently [1]**  28/14
**conditions [3]**  30/6 30/9 30/21
**conducted [2]**  21/24 31/4
**confront [1]**  24/17
**Congress [6]**  3/6 6/19 9/23 23/6 26/3 28/8

## C

conscious [1]   7/3
consecutive [1]   20/12
consider [1]   19/17
consideration [2]   8/3 8/7
considered [4]   3/7 9/24 23/7 27/20
considering [2]   22/22 23/2
consists [2]   28/12 29/21
construction [1]   12/9
consult [1]   3/9
consulted [1]   9/17
consulting [1]   3/3
contention [2]   6/1 18/5
contravention [1]   6/16
contribute [1]   30/24
control [2]   15/10 15/10
controlled [8]   4/19 6/4 6/15 7/14 7/18 7/21 7/23 32/12
conventional [1]   6/20
convicted [5]   12/14 12/23 19/14 19/21 20/7
conviction [6]   4/16 4/18 6/7 12/22 31/12 32/11
convictions [5]   7/14 8/22 19/3 19/16 21/3
cooperated [1]   22/7
cooperative [1]   11/5
copayment [1]   30/25
coping [1]   13/21
copy [2]   2/24 13/12
correct [3]   8/14 9/12 21/1
Correctional [1]   32/19
cortex [2]   15/2 15/4
costs [1]   30/24
could [5]   11/13 12/18 13/6 15/17 19/15
counsel [4]   2/9 2/13 21/12 32/1
count [3]   29/21 29/22 32/11
counterfeit [2]   7/22 7/23
counting [1]   32/12
counts [2]   28/13 31/12
course [11]   3/19 7/13 7/25 8/10 19/12 23/4 24/20 27/16 27/24 29/10 30/4
Court's [3]   9/14 10/20 32/2
COURTROOM [1]   33/3
courts [1]   7/8
CR [1]   1/2
crack [1]   12/1
cravings [1]   14/24
CRC [1]   1/21
crime [1]   30/1
crimes [8]   7/9 13/24 13/25 18/6 18/14 19/17 20/16 21/15
criminal [11]   6/18 7/5 8/20 8/24 9/2 12/11 15/15 22/12 24/21 27/13 28/22
crowd [1]   24/7
CRR [2]   1/21 33/10
current [1]   6/7
custody [2]   12/8 16/12

## D

daily [3]   11/21 11/23 11/24

---

danger [2]   27/7 27/8
dangerous [2]   25/6 30/3
DANIEL [1]   1/9
DATE [1]   33/10
day [2]   12/1 31/22
days [2]   30/12 31/22
deal [4]   5/2 15/12 19/9 19/16
dealer [1]   27/4
dealing [2]   5/6 5/8
deals [1]   14/23
decade [1]   15/18
DECEMBER [1]   1/4
decide [1]   3/1
decided [2]   6/16 6/17
decision [5]   2/21 14/8 14/11 14/19 15/3
decision-making [4]   14/8 14/11 14/19 15/3
decisions [1]   15/5
deemed [1]   30/23
defend [1]   19/15
defendant [12]   1/7 1/15 5/9 18/7 19/10 20/4 20/10 21/13 21/15 21/20 28/10 33/2
defendant's [2]   6/15 18/23
Defender [1]   1/16
Defense [2]   2/13 5/17 5/25 6/5 8/6 32/9
Defense's [1]   18/5
defined [1]   7/15
definition [3]   4/19 6/4 6/14
deliver [1]   4/17
demands [2]   18/9 18/12
dependence [1]   14/1
depression [1]   13/16
DEPUTY [1]   33/3
description [1]   3/15
designated [1]   16/9
designation [1]   9/3
desire [1]   22/1
desperate [2]   15/16 15/16
desperation [1]   12/17
despite [1]   21/10
destructive [2]   25/18 25/18
detail [1]   30/8
deter [1]   27/22
determine [1]   13/5
deterrence [1]   27/25
devastating [1]   14/2
device [1]   30/4
diagnosis [1]   11/16
diane [4]   1/21 1/23 33/9 33/10
did [7]   12/6 13/12 18/12 18/12 20/9 22/7 27/5
didn't [6]   12/4 18/11 18/13 18/16 19/7 21/22
different [2]   5/6 20/16
differently [1]   5/5
difficult [1]   27/15
difficulty [3]   10/4 24/16 25/5
direction [1]   23/14
directly [2]   12/11 12/12
dismissed [1]   11/3
disorder [3]   13/16 13/18 13/22

---

dispense [2]   6/20 7/24
dispensing [1]   7/21
dispute [2]   4/18 21/21
distinct [1]   20/12
distribute [1]   7/24
distribution [2]   7/21 13/2
DISTRICT [4]   1/1 1/1 1/10 33/11
divorced [1]   11/9
doctor [3]   21/22 21/24 25/2
doctor's [1]   26/11
documents [1]   30/14
does [11]   4/23 5/12 5/17 6/7 9/2 12/6 16/1 21/20 24/23 27/25 31/7
doesn't [2]   9/8 18/21
doing [4]   18/9 24/14 25/9 27/3
dollars [1]   20/2
domestic [1]   13/1
done [5]   9/16 16/18 26/24 27/23 31/5
down [3]   16/3 25/17 25/17
Dr [9]   11/17 13/7 13/11 13/14 13/18 13/20 14/3 14/9 16/4
drawn [1]   3/17
drink [1]   11/21
drinking [1]   11/21
drop [1]   22/7
drove [1]   15/14
drug [16]   8/22 11/24 13/1 13/2 13/20 13/21 14/1 14/1 14/5 20/10 21/9 21/20 27/4 30/5 30/20 32/21
drugs [15]   11/20 12/16 12/22 13/24 13/25 14/7 14/24 15/17 16/13 19/12 20/8 24/13 25/16 27/10 27/12
DSM [1]   13/17
DTKH [1]   1/2
Due [1]   17/14
during [1]   11/4

## E

each [3]   18/7 24/25 31/11
early [2]   11/21 12/13
earned [1]   28/20
earnings [1]   29/3
easier [1]   5/23
eat [1]   18/20
ecstasy [2]   20/1 20/4
education [1]   12/8
effect [1]   14/2
effectively [2]   28/14 29/23
eight [3]   8/16 15/18 20/1
either [4]   12/19 26/25 30/22 32/3
element [5]   6/4 6/14 6/18 6/20 19/19
elements [1]   7/8
elevated [1]   22/14
Eleventh [2]   6/3 8/1
elicit [2]   32/1 32/3
eligible [1]   17/5
else [3]   25/3 26/17 32/24
employment [3]   30/11 30/15 30/17

**E**

**end [2]**   16/25 26/14
**endure [1]**   22/4
**enforcement [2]**   11/5 12/25
**engage [2]**   25/6 28/1
**engaging [1]**   25/18
**enhancements [1]**   4/14
**entailed [1]**   18/15
**entered [1]**   31/23
**entering [1]**   30/16
**entitled [3]**   9/19 25/22 33/8
**environment [1]**   14/11
**escape [1]**   11/19
**essentially [2]**   15/6 18/9
**establish [1]**   20/24
**established [2]**   5/7 5/9
**evaluated [2]**   11/18 21/22
**evaluating [1]**   7/4
**EVANS [14]**   1/15 2/15 2/16
3/23 4/9 6/10 7/2 10/13
10/18 17/7 24/5 24/18 24/24
32/8
**even [5]**   5/25 6/14 16/10
17/4 21/23
**everything [2]**   17/14 25/2
**evidence [3]**   5/13 5/15 5/17
**examination [1]**   13/12
**examined [1]**   13/6
**exceeding [1]**   7/20
**excuse [2]**   8/21 32/25
**executive [1]**   15/1
**expect [1]**   8/10
**experienced [1]**   23/12
**explained [1]**   30/7
**export [2]**   7/21 7/24
**expressed [2]**   11/6 16/5
**extraordinary [1]**   7/7
**extreme [1]**   7/7

**F**

**F.3d [1]**   6/2
**facility [1]**   26/20
**fact [10]**   6/6 6/7 7/3 13/9
16/2 16/20 18/19 21/7 31/19
32/2
**factors [5]**   3/7 9/24 10/25
22/22 23/6
**facts [6]**   3/14 3/16 3/18
3/24 19/5 21/18
**factual [4]**   4/1 4/4 5/5 19/9
**fair [1]**   18/14
**fairly [1]**   5/24
**family [2]**   11/11 11/12
**fashion [2]**   15/23 16/17
**FCI [1]**   17/2
**fear [2]**   18/10 22/3
**federal [8]**   3/3 7/19 12/14
18/25 20/23 21/6 28/19
32/19
**feelings [1]**   23/11
**fellow [2]**   25/9 26/24
**felon [3]**   19/14 19/21 20/7
**felony [1]**   19/2
**figure [2]**   13/10 24/23
**file [1]**   31/20
**filed [1]**   31/22
**filing [2]**   14/3 21/4

**final [1]**   14/22
**finally [2]**   3/19 31/2
**financial [4]**   28/21 28/24
29/12 29/16
**financially [1]**   11/10
**find [2]**   13/10 14/17
**findings [1]**   32/2
**fine [3]**   27/25 31/8 31/9
**finger [1]**   24/24
**firearm [2]**   20/11 30/2
**firearms [9]**   19/1 19/6 19/8
19/11 19/21 19/24 20/6 20/7
20/8
**first [6]**   3/2 3/23 10/25
12/22 23/7 32/5
**five [2]**   18/8 18/11
**FL [1]**   33/12
**flakka [2]**   11/24 21/8
**FLORIDA [10]**   1/1 1/5 1/14
1/17 1/22 4/16 4/20 19/1
29/17 32/11
**flsd.uscourts.gov [1]**   1/23
**focus [1]**   11/8
**following [1]**   30/9
**forcing [1]**   7/9
**foreclosed [2]**   6/1 6/13
**foregoing [1]**   33/6
**Fort [1]**   14/16
**forth [6]**   3/6 3/15 9/23 23/6
26/3 28/8
**fortunately [1]**   5/25
**forward [4]**   9/9 16/22 27/1
29/18
**forwarded [1]**   29/15
**found [6]**   12/18 13/2 13/11
13/14 13/18 16/4
**four [5]**   11/14 18/3 18/7
21/17 22/5
**frankly [2]**   25/19 27/7
**free [1]**   16/22
**front [1]**   8/15
**full [2]**   21/23 30/10
**full-time [1]**   30/10
**fully [1]**   32/1
**functioning [2]**   14/5 15/1
**functions [1]**   15/3
**further [1]**   12/8
**future [5]**   6/24 8/3 16/7
16/13 16/22

**G**

**gains [1]**   29/12
**garners [1]**   22/16
**gave [1]**   11/25
**GED [1]**   12/7
**general [1]**   27/25
**generate [2]**   3/4 9/20
**generated [1]**   3/20
**gentlemen [1]**   2/4
**get [16]**   13/24 16/10 16/13
20/9 24/6 24/7 25/8 25/14
26/4 27/9 27/12 28/1 28/3
28/18 28/23 30/15
**gets [2]**   25/1 25/3
**getting [4]**   10/1 15/13 24/5
26/10
**give [5]**   18/16 18/20 21/13
26/23 30/13

**given [4]**   11/17 21/3 21/11
26/19
**gives [1]**   26/22
**go [9]**   2/25 3/12 4/8 5/2
8/13 14/20 23/15 24/22
25/15
**goals [2]**   26/2 28/8
**goes [1]**   27/25
**gone [1]**   20/14
**good [4]**   2/10 2/12 2/14
2/16 2/17 2/18 17/3 17/9
17/10 17/11 17/12 17/19
27/4 33/1
**got [3]**   12/4 25/14 27/9
**GOVERNMENT [11]**   1/12 2/9
4/23 5/7 5/12 5/12 9/13
11/3 29/11 32/5 32/6
**Government's [5]**   4/3 5/24
6/6 18/1 25/21
**grams [1]**   12/1
**grant [1]**   32/16
**great [3]**   9/19 22/3 25/22
**greater [3]**   10/23 26/2 28/7
**grip [2]**   25/15 26/11
**gross [1]**   29/2
**grounds [1]**   21/21
**guard [1]**   23/19
**guess [2]**   14/17 18/4
**guideline [5]**   9/10 10/21
10/21 22/19 28/6
**guidelines [17]**   3/4 3/4 3/8
3/10 4/8 7/6 7/12 7/16 9/12
9/17 9/18 22/11 22/15 22/20
22/21 23/3 25/22
**guilty [3]**   2/21 2/22 22/8
**gun [1]**   18/12
**guns [2]**   19/14 27/5

**H**

**hand [1]**   28/22
**handled [1]**   19/11
**handyman [1]**   12/10
**happen [2]**   18/11 26/18
**happened [2]**   3/15 15/7
**happy [2]**   10/11 32/18
**harsh [1]**   6/18
**has [43]**
**have [66]**
**having [8]**   10/10 21/11 21/24
22/3 22/5 22/6 22/6 26/20
**he [119]**
**health [1]**   30/19
**hear [1]**   10/12
**heard [2]**   13/18 17/3
**HEARING [1]**   1/9
**held [4]**   6/3 6/13 6/17
21/15
**help [6]**   13/5 13/10 16/21
22/1 26/20 26/23
**helps [1]**   15/4
**her [3]**   5/20 6/1 24/24
**here [7]**   7/13 11/2 15/11
21/16 23/22 23/22 24/16
**here's [1]**   24/10
**hereby [1]**   33/6
**heroin [2]**   12/15 19/1
**high [3]**   12/6 14/10 28/2
**higher [1]**   15/3

**H**

highjacked [1]   15/6
highlighted [1]   5/25
him [10]   11/3 11/25 13/4
  13/11 14/17 16/3 16/5 19/11
  21/22 25/4
himself [2]   24/13 25/3
hire [1]   31/17
history [9]   8/20 8/24 9/2
  11/7 16/2 18/23 20/14 21/3
  22/12
holding [1]   6/21
home [1]   31/4
Honor [21]   2/10 2/14 4/10
  5/1 5/18 6/12 6/21 9/5 9/13
  10/8 10/17 10/19 17/11 18/2
  21/18 22/11 22/16 32/7
  32/10 32/23 33/2
HONORABLE [1]   1/9
hope [4]   25/13 26/4 26/17
  27/22
hopeful [1]   16/4
hoping [1]   12/7
hour [1]   32/20
housed [1]   32/18
however [3]   20/12 22/9 31/10
hundred [1]   16/25
HURLEY [1]   1/9

**I**

I'll [2]   32/20 32/25
I'm [21]   2/8 7/17 8/25
  10/14 11/8 12/7 17/13 17/15
  17/18 21/12 23/21 23/22
  24/1 24/4 24/22 26/21 27/4
  28/16 30/9 32/16 32/18
idea [2]   24/6 27/2
illegal [1]   30/5
impairment [1]   15/1
implied [1]   6/14
import [2]   7/21 7/24
important [6]   3/19 8/5 9/18
  12/11 15/23 26/25
importation [1]   18/25
impose [2]   27/16 27/21
imposed [4]   10/11 28/21
  28/25 32/4
imprisoned [1]   28/12
imprisonment [4]   7/19 9/10
  29/1 29/19
impulse [1]   15/10
impulses [1]   15/5
include [1]   30/22
included [1]   31/9
including [1]   15/3
income [1]   29/12
increase [1]   5/7
incredibly [1]   28/2
indeed [1]   9/19
independently [1]   21/23
indicated [3]   16/1 21/4 27/2
indicates [3]   8/20 19/24
  21/6
indication [2]   6/19 24/9
indicted [1]   18/3
industries [1]   28/19
ingest [2]   12/17 12/18

ingested [1]   12/17
injured [1]   11/4
inpatient [1]   30/23
insight [2]   25/3 26/23
instance [1]   7/11
instances [1]   7/8
instilled [1]   18/10
Institution [1]   32/20
instructed [1]   23/25
intelligent [1]   24/12
intend [2]   6/22 18/18
intended [1]   6/19
intent [2]   4/16 7/23
interacting [1]   24/25
interactions [1]   24/21
interest [1]   29/4
interesting [1]   8/25
investigation [4]   2/23 3/13
  3/24 8/13
invite [2]   2/2 6/10
inviting [1]   10/13
involved [2]   15/22 27/19
is [136]
isn't [2]   19/7 19/19
issue [7]   5/3 5/13 5/20 6/25
  18/4 18/21 26/16
issues [5]   4/8 4/23 4/25 5/4
  8/2
it [47]
it's [5]   14/16 18/14 21/3
  27/13 27/13

**J**

jail [4]   25/13 26/1 26/14
  27/12
job [1]   28/19
jobs [1]   12/9
JODI [2]   1/12 2/10
JUDGE [8]   1/10 5/14 5/21
  12/11 12/15 14/13 17/6 23/1
judgment [5]   15/3 28/9 28/22
  31/15 31/23
justice [3]   24/21 27/13 29/4
justified [1]   3/18

**K**

kind [6]   21/20 23/10 24/22
  25/3 26/25 30/16
kinds [1]   24/19
knew [2]   18/13 20/7
known [2]   15/9 23/14
knows [1]   22/16

**L**

Ladies [1]   2/4
large [2]   19/9 20/1
last [2]   2/20 14/13
later [1]   15/19
Lauderdale [1]   14/16
law [12]   5/15 6/7 7/19 8/3
  10/1 10/11 11/5 12/25 15/25
  22/23 27/1 32/1
lawyer [2]   31/18 31/19
lawyers [1]   2/7
laying [1]   12/9
lead [1]   27/11
lectern [3]   5/22 6/11 10/14
led [2]   16/3 23/13

legal [9]   3/17 4/7 4/10 4/23
  4/25 5/3 5/4 10/10 32/17
legitimate [1]   30/11
let [7]   2/7 2/12 3/22 6/10
  24/10 32/5 32/8
let's [3]   4/7 4/8 5/19
level [7]   8/17 8/17 8/18 9/6
  9/7 21/6 27/6 27/6
liability [1]   4/21
lieu [1]   9/14
life [5]   11/20 14/2 25/12
  26/14 27/11
light [2]   8/10 8/12
like [13]   5/11 8/12 10/7
  10/12 13/10 14/17 17/8
  17/15 24/11 26/10 26/13
  30/14 31/16
limitation [1]   30/3
limited [1]   25/8
list [3]   3/6 9/24 23/6
listening [1]   26/8
literally [1]   26/14
litigation [1]   7/7
little [2]   5/4 5/23
living [1]   13/3
long [1]   6/19
longer [1]   30/11
look [10]   3/12 7/9 8/13
  10/25 18/23 19/5 24/2 24/2
  25/8 26/16
looked [4]   21/2 27/2 28/5
  31/6
looking [7]   7/13 7/17 10/25
  11/7 15/20 16/21 25/23
looks [1]   21/18
lot [2]   17/18 24/25
Louis [8]   11/17 13/7 13/7
  13/11 13/14 13/19 14/3
  14/10
Louis's [2]   13/20 16/4
low [2]   16/25 22/15
luck [1]   33/1

**M**

M.D [1]   13/7
made [4]   8/12 21/13 23/3
  29/14
maintain [1]   30/10
make [8]   2/8 3/10 3/19 7/9
  8/14 9/20 13/4 32/19
making [8]   8/4 14/8 14/11
  14/19 15/3 15/4 26/7 30/25
man [2]   16/14 16/15
manner [2]   31/4 32/4
manufacture [3]   4/17 7/20
  7/24
many [3]   11/11 13/8 23/9
Marianna [3]   17/3 26/20
  32/20
marijuana [10]   4/17 11/22
  12/24 13/2 15/18 20/1 20/3
  20/4 27/3 32/11
mass [1]   14/20
material [1]   29/8
matter [3]   2/4 13/9 33/8
mean [5]   23/23 24/4 24/18
  25/13 26/8
means [1]   7/18

## M

**mechanism [1]**  13/21
**medicating [1]**  15/12
**medication [1]**  15/14
**medicine [1]**  13/9
**meets [1]**  7/10
**melt [1]**  24/7
**member [1]**  17/16
**memories [1]**  11/19
**mens [5]**  4/21 6/3 6/13 6/17
 6/20
**mental [1]**  30/19
**message [1]**  27/25
**met [1]**  26/9
**Miami [2]**  29/16 29/17
**might [4]**  2/7 2/13 3/23 32/3
**miller [4]**  1/21 1/23 33/9
 33/10
**minimize [1]**  23/23
**minimum [1]**  28/24
**minute [1]**  3/8
**misdemeanors [1]**  19/3
**mitigate [1]**  22/10
**moment [2]**  3/12 9/25
**monetary [2]**  31/8 31/9
**money [5]**  18/17 18/21 23/16
 24/1 31/17
**monitor [1]**  29/7
**month [2]**  17/1 20/15
**monthly [1]**  29/2
**months [8]**  9/11 10/23 15/21
 16/23 19/1 25/25 28/12
 28/13
**more [4]**  10/11 11/12 18/22 20/9
 32/18
**morning [2]**  2/10 2/12 2/14
 2/16 2/17 2/18 17/9 17/10
 17/11 17/12 31/16 31/25
**most [3]**  11/25 15/16 26/25
**mother [2]**  11/10 11/12
**motion [1]**  6/1
**move [2]**  4/7 26/25
**mover [3]**  14/15 14/16 24/6
**moving [3]**  8/19 9/9 27/6
**Mr [43]**
**Mr. [5]**  2/6 2/15 2/17 10/20
 28/10
**Mr. Anthony [2]**  2/6 28/10
**Mr. Swaby [2]**  2/15 2/17
**Mr. Swaby's [1]**  10/20
**Ms [22]**  2/12 2/16 3/22 4/3
 4/8 4/23 5/19 6/10 7/2
 10/13 10/18 17/7 17/25 23/9
 24/5 24/17 24/18 24/24 27/2
 27/22 32/5 32/8
**much [3]**  7/2 22/25 23/12
**must [10]**  6/18 15/23 23/6
 28/23 30/1 30/4 30/4 31/3
 31/22 32/18

## N

**Nancy [1]**  29/17
**narcotics [5]**  19/2 19/6
 19/10 19/15 19/20
**nature [5]**  11/1 16/11 16/18
 16/20 23/7
**near [1]**  6/24

**necessarily [1]**  18/15
**necessary [5]**  10/23 12/5
 26/2 28/7 30/23
**need [2]**  3/2 3/7 3/10 3/16
 4/24 5/3 9/24 16/6 18/17
 18/20 22/23 31/20
**needs [3]**  21/15 21/25 22/24
**neurons [1]**  15/8
**never [1]**  15/22
**nevertheless [1]**  20/8
**new [2]**  12/14 14/9
**next [2]**  2/2 2/4
**nine [2]**  11/10 11/22
**no [16]**  1/2 4/1 4/21 5/18
 6/19 9/8 10/8 10/10 11/4
 19/7 21/21 23/21 23/21
 27/18 31/9 32/6
**nobody [3]**  18/13 25/13 25/14
**non [1]**  13/1
**non-related [1]**  13/1
**nonbinding [2]**  3/5 9/21
**None [1]**  4/5
**Nonetheless [1]**  9/20
**nonpersonal [1]**  12/24
**normal [1]**  14/9
**normally [2]**  19/17 22/13
**North [1]**  29/16
**not [47]**
**note [2]**  18/16 18/20
**notice [2]**  31/21 31/22
**number [15]**  3/14 4/17 7/14
 9/2 11/2 12/17 14/4 18/19
 20/16 21/4 21/5 27/21 27/23
 30/1 30/10
**numbers [2]**  3/20 19/25
**numerous [2]**  19/11 19/21

## O

**Obed [2]**  11/17 13/7
**objection [6]**  4/11 6/13 6/22
 8/6 9/15 32/11
**objections [9]**  3/24 3/25 4/1
 4/4 5/5 10/21 32/2 32/3
 32/6
**obligated [5]**  2/25 3/5 9/22
 23/4 31/10
**obligation [4]**  27/16 27/21
 28/21 31/25
**obligations [2]**  28/24 29/13
**obliterated [1]**  19/25
**obtain [1]**  28/18
**obviously [1]**  23/13
**occasion [1]**  12/4
**occasions [1]**  11/11
**occurred [2]**  20/11 24/20
**off [4]**  6/24 16/11 16/13
 17/5
**offender [10]**  4/15 6/8 7/6
 8/8 8/23 9/3 13/4 22/11
 22/14 32/13
**offense [21]**  4/19 4/21 6/4
 6/15 7/10 7/15 7/18 7/18
 8/17 8/17 8/18 9/6 9/7 11/1
 15/24 16/11 22/15 23/8
 27/17 27/20 32/12
**offenses [7]**  7/4 13/4 27/18
**office [6]**  1/13 1/16 2/22
 29/6 29/7 29/15

**officer [3]**  30/8 30/13 31/5
**Official [2]**  1/21 33/10
**old [3]**  11/9 18/24 25/11
**one [23]**  3/14 4/10 5/3 5/3
 7/20 11/4 12/3 15/16 16/11
 21/16 21/17 22/16 24/9 26/1
 27/6 27/21 28/6 28/15 28/23
 29/23 30/1 30/10 30/19
**only [10]**  15/15 16/3 18/24
 19/13 20/14 20/20 22/6
 25/23 26/9 27/10
**opined [1]**  21/22
**opinion [3]**  8/1 13/20 20/9
**opportunities [1]**  21/11
**opportunity [2]**  17/16 17/19
**option [1]**  25/12
**options [1]**  25/10
**order [7]**  3/9 15/3 20/5
 28/16 28/25 31/10 31/20
**other [11]**  3/6 5/15 24/25
 25/19 27/8 27/23 28/22
 29/11 30/1 30/3 30/19
**others [1]**  25/24
**our [4]**  3/8 6/12 32/10
 32/22
**out [9]**  12/4 13/10 17/21
 24/4 24/7 24/17 24/23 27/11
 27/25
**outpatient [1]**  30/23
**over [7]**  8/19 14/15 14/19
 23/16 24/1 26/4 30/8
**override [1]**  15/5
**overrule [1]**  8/6

## P

**P-R-O-C-E-E-D-I-N-G-S [1]**  2/1
**P.M [1]**  33/4
**page [4]**  4/13 8/16 8/19 9/9
**PAGES [1]**  1/7
**paid [1]**  28/18
**PALM [5]**  1/5 1/14 1/17 1/22
 33/12
**paper [1]**  31/21
**paragraph [8]**  4/13 8/16 8/19
 8/21 9/10 19/22 19/23 20/9
**parents [1]**  11/9
**parsing [1]**  7/8
**part [2]**  4/15 31/9
**participate [2]**  16/6 30/18
**participation [1]**  30/22
**particular [2]**  4/20 10/24
**parties [5]**  2/2 2/19 9/11
 32/1 32/25
**party [2]**  31/1 32/3
**pass [1]**  18/16
**past [1]**  21/14
**path [1]**  16/3
**pause [1]**  3/11
**pay [9]**  28/16 28/20 28/23
 29/2 29/9 30/14 31/1 31/8
 31/10
**payable [1]**  29/14
**payment [3]**  29/3 29/7 31/1
**payments [1]**  29/10
**pellets [1]**  12/17
**penalty [1]**  6/19
**people [9]**  13/23 14/15 14/16
 22/3 24/6 25/6 25/20 27/8

USA vs. Swaby

40

**P**

people... **[1]**  28/3
per **[2]**  20/3 28/24
percent **[2]**  28/20 29/2
perhaps **[1]**  26/19
period **[3]**  19/4 21/17 29/23
permission **[2]**  30/12 30/16
person **[5]**  12/19 14/23 16/20
24/12 31/3
person's **[4]**  14/2 14/5 14/7
14/7
personal **[3]**  11/7 15/13
18/24
persuasion **[3]**  5/8 5/10 5/12
petition **[1]**  6/23
physically **[1]**  11/15
piece **[1]**  31/21
pills **[1]**  20/1
place **[3]**  16/8 17/14 23/22
placed **[3]**  8/23 22/3 29/20
Plaintiff **[1]**  1/4
plan **[1]**  16/7
play **[1]**  15/2
plea **[3]**  2/21 2/21 2/21
plead **[2]**  11/3 22/8
please **[4]**  18/16 18/20 29/25
31/18
pled **[1]**  22/6
point **[7]**  4/3 20/6 21/14
22/5 22/21 22/23 26/15
pointed **[1]**  24/17
points **[2]**  8/21 9/2
police **[1]**  14/17
position **[4]**  5/24 6/5 6/6
6/16
positions **[2]**  8/11 28/23
possess **[1]**  30/4
possessed **[1]**  19/11
possessing **[1]**  30/2
possession **[6]**  4/16 7/22
12/23 19/24 20/1 21/8
possible **[1]**  22/1
pounds **[1]**  20/2
preclude **[1]**  29/10
predicate **[2]**  6/6 7/4
prefrontal **[2]**  15/2 15/4
preoccupation **[1]**  14/24
prepare **[1]**  2/23
presentence **[4]**  2/23 3/13
3/24 8/13
preserve **[1]**  8/2
preserved **[1]**  8/9
presumed **[1]**  6/18
pretty **[3]**  23/14 24/8 27/4
prevailing **[1]**  5/15
prevent **[1]**  10/5
prior **[4]**  8/22 9/2 12/11
21/2
prison **[6]**  18/25 19/1 20/14
22/17 28/17 28/19
prisoner **[1]**  26/5
Prisons **[5]**  16/8 16/16 28/11
29/5 32/18
probable **[1]**  13/21
probably **[2]**  11/16 13/15
probation **[8]**  2/22 21/5 21/7
21/8 29/6 30/8 30/13 31/5

problem **[2]**  10/4 21/20
problems **[2]**  15/13 24/19
proceedings **[2]**  33/4 33/7
process **[1]**  3/1
productive **[2]**  17/16 27/11
proffer **[1]**  5/15
profound **[1]**  15/8
program **[4]**  16/10 17/4 26/21
32/21
programs **[2]**  30/19 30/22
prohibited **[1]**  30/2
prohibits **[1]**  7/20
prolonged **[1]**  14/6
promote **[1]**  22/23
promotes **[1]**  15/24
propelling **[1]**  25/4
properly **[3]**  3/9 3/11 8/5
property **[1]**  31/3
protect **[3]**  19/15 20/5 27/5
protecting **[1]**  26/16
protection **[1]**  23/24
provide **[1]**  11/11
provided **[2]**  2/24 17/20
provides **[1]**  15/25
PSR **[2]**  19/5 21/6
psychiatrist **[1]**  24/22
PTSD **[3]**  11/16 13/15 13/22
public **[2]**  1/16 26/17
punishable **[1]**  7/19
punishment **[1]**  15/25
purpose **[1]**  22/10
purposes **[1]**  32/13
pursuant **[1]**  4/20

**Q**

qualify **[1]**  6/7
quantities **[1]**  13/2
quantity **[1]**  24/13
quarter **[1]**  28/24
question **[2]**  10/2 10/3

**R**

raise **[1]**  4/24
raised **[2]**  8/5 11/10
raising **[1]**  6/22
range **[5]**  9/10 9/11 10/21
10/21 28/6
rapid **[1]**  22/5
rate **[2]**  28/2 29/2
rather **[1]**  24/23
rational **[1]**  15/4
RDAP **[3]**  16/10 17/4 26/21
rea **[5]**  4/21 6/3 6/13 6/17
6/20
reaction **[1]**  14/10
read **[2]**  14/25 23/17
readiness **[1]**  16/5
reading **[1]**  16/4
Reality **[1]**  23/12
realize **[1]**  25/23
really **[17]**  10/4 11/8 11/25
15/7 16/24 17/18 17/19
17/22 24/11 24/18 24/24
25/5 25/6 25/18 26/5 26/9
30/3
reason **[2]**  19/13 31/8
reasonable **[4]**  13/5 17/1
31/4 31/5

reasoning **[2]**  14/7 15/10
reasons **[3]**  5/4 27/9 28/9
recipe **[1]**  19/13
recognize **[1]**  27/20
recognizes **[2]**  16/18 16/19
recognizing **[1]**  2/8
recommend **[3]**  9/17 26/21
32/20
recommendation **[6]**  3/5 9/21
17/2 17/4 23/3 32/19
recommended **[2]**  9/3 9/10
record **[5]**  8/9 12/11 26/12
27/14 31/6
recovery **[1]**  16/6
reduce **[1]**  5/9
reduction **[3]**  16/24 17/1
26/22
referring **[2]**  19/22 19/23
refinement **[1]**  7/7
reflect **[2]**  25/2 31/6
reflects **[2]**  15/24 27/17
rehabilitate **[1]**  22/2
rehabilitation **[1]**  30/18
relapsed **[1]**  12/4
related **[3]**  12/12 12/13 13/1
relates **[1]**  13/15
relatively **[1]**  16/15
relatives **[2]**  11/12 11/16
release **[7]**  29/1 29/19 29/20
29/24 30/1 30/7 31/2
released **[1]**  16/15
remaining **[1]**  3/25
remains **[1]**  21/10
remarks **[1]**  17/23
remember **[5]**  2/19 9/18 14/13
29/25 30/2
reminded **[1]**  23/18
remorse **[1]**  11/6
remorseful **[1]**  17/14
rendered **[1]**  30/25
renew **[1]**  32/10
rent **[1]**  11/13
repetitive **[1]**  24/4
report **[10]**  2/23 2/23 3/13
3/15 3/25 8/13 13/13 16/4
21/23 29/8
REPORTED **[1]**  1/21
reporter **[3]**  1/21 5/23 33/10
reports **[1]**  11/14
represent **[2]**  31/18 31/19
represented **[1]**  21/12
request **[1]**  32/16
requested **[1]**  30/14
requests **[2]**  32/14 32/22
requirements **[2]**  7/11 7/11
requires **[1]**  10/1
requiring **[1]**  4/21
residence **[1]**  13/3
resist **[1]**  23/14
respect **[4]**  9/20 15/24 22/23
25/22
responsibility **[2]**  11/6
22/24
rest **[3]**  12/21 25/12 26/14
restitution **[7]**  28/16 28/17
29/2 29/7 29/13 29/14 29/18
review **[1]**  21/23
right **[6]**  2/15 4/22 6/9

**R**

**right...** [3]   10/14 24/17 31/15
**rise** [1]   33/3
**RMR** [2]   1/21 33/10
**rob** [1]   14/19
**robbed** [1]   21/17
**robberies** [10]   11/2 11/4 18/4 18/7 19/18 21/7 24/4 25/24 28/1 28/2
**robbers** [1]   23/19
**robbery** [10]   14/13 14/14 21/16 22/4 22/15 22/16 23/15 23/20 24/1 27/20
**ROBIN** [2]   1/15 2/14
**role** [1]   15/2
**Room** [2]   29/16 33/11
**ROSEN** [14]   1/15 2/15 2/16 3/23 4/9 6/10 7/2 10/13 10/18 17/7 24/5 24/18 24/24 32/8
**ROSEN-EVANS** [14]   1/15 2/15 2/16 3/23 4/9 6/10 7/2 10/13 10/18 17/7 24/5 24/18 24/24 32/8
**rules** [1]   5/5
**ruling** [2]   9/14 10/20
**rulings** [1]   8/12
**run** [2]   28/14 29/23

**S**

**sad** [1]   25/5
**said** [6]   8/1 9/18 14/10 21/24 24/18 26/24
**Saint** [9]   11/17 13/7 13/11 13/14 13/19 13/20 14/3 14/10 16/4
**Saint-Louis** [7]   11/17 13/7 13/11 13/14 13/19 14/3 14/10
**Saint-Louis's** [2]   13/20 16/4
**sale** [1]   19/20
**salts** [1]   12/1
**same** [3]   24/18 28/14 29/23
**satisfaction** [2]   28/21
**satisfies** [1]   4/19
**satisfy** [1]   29/12
**say** [9]   10/12 17/18 18/14 18/16 18/21 23/20 23/25 25/8 26/16
**saying** [1]   17/13
**says** [6]   7/17 18/20 20/22 23/15 23/20 23/21
**schedule** [1]   29/4
**school** [1]   12/6
**search** [2]   31/3 31/4
**second** [3]   3/12 3/16 4/7
**seconds** [2]   18/9 18/11
**section** [4]   7/15 9/23 23/5 29/16
**see** [9]   3/23 13/22 13/23 14/1 22/1 23/18 26/15 27/5 27/7
**self** [3]   15/12 15/14 30/16
**self-medicating** [1]   15/12
**self-medication** [1]   15/14
**sell** [1]   4/16

**selling** [4]   12/24 19/12 20/8 27/3
**sense** [1]   18/10
**sentence** [27]   3/2 5/7 5/9 9/4 10/6 10/10 10/22 13/6 15/23 16/17 16/23 17/1 20/13 21/25 22/10 22/19 22/20 25/25 26/22 27/17 27/21 28/6 28/15 31/9 31/15 31/23 32/4
**sentenced** [2]   6/8 21/5
**sentences** [2]   27/23 28/4
**sentencing** [4]   1/9 3/3 7/12 7/16
**separate** [1]   20/11
**serial** [1]   19/25
**serious** [5]   16/18 27/18 27/20 28/4 30/3
**seriousness** [2]   15/24 27/17
**served** [1]   20/12
**services** [1]   30/25
**set** [6]   3/6 3/15 9/23 23/6 26/3 28/8
**seven** [2]   4/13 19/2
**severe** [2]   13/17 13/21
**sexually** [1]   11/15
**shall** [2]   29/7 29/7
**she's** [1]   24/17
**shells** [3]   20/20 20/22 21/2
**shoes** [2]   12/20 12/21
**shoot** [1]   19/7
**short** [1]   19/4
**shotgun** [2]   20/20 20/22
**shouldn't** [1]   20/7
**showing** [1]   14/4
**shown** [2]   8/17 10/10
**shows** [1]   20/14
**side** [1]   25/25
**sides** [1]   2/24
**sign** [1]   12/16
**significant** [5]   9/1 15/12 15/21 16/24 22/2
**simple** [2]   5/25 19/20
**simply** [3]   18/16 22/14 23/25
**since** [2]   16/12 19/3
**sir** [4]   2/17 10/7 17/9 17/23
**sit** [1]   14/20
**sitting** [1]   14/16
**situation** [1]   31/7
**six** [6]   8/24 9/1 11/14 20/2 22/12 22/13
**slightly** [1]   5/6
**Smith** [5]   6/2 6/13 6/16 6/21 8/1
**sober** [1]   17/17
**sobriety** [2]   16/7 17/14
**society** [1]   17/16
**sold** [2]   19/10 20/2
**sole** [1]   22/10
**some** [9]   7/8 13/1 15/12 17/3 18/21 21/14 21/20 22/23 26/15
**somebody** [8]   13/10 14/18 15/11 23/20 24/23 26/10 27/25 32/18
**somehow** [2]   25/14 25/14
**someone** [2]   12/15 23/14

**something** [8]   5/6 5/8 5/11 18/20 24/10 26/13 26/20 32/24
**sometime** [1]   6/24
**sometimes** [1]   23/18
**somewhat** [1]   28/6
**sort** [2]   13/1 14/18
**sound** [1]   26/10
**sounds** [3]   5/11 18/18 24/11
**source** [1]   11/16
**SOUTHERN** [1]   1/1
**speak** [1]   10/14
**speaker** [1]   17/19
**special** [4]   30/10 31/11 31/12 32/14
**specialist** [1]   11/18
**specializes** [1]   13/8
**specific** [1]   16/8
**spend** [1]   25/12
**spent** [2]   18/25 19/1
**spoken** [2]   23/11 27/22
**stages** [1]   14/22
**standard** [2]   30/6 30/8
**Staples** [1]   6/16
**start** [2]   3/3 17/13
**started** [3]   11/22 11/23 15/15
**stash** [1]   19/15
**state** [4]   7/19 19/1 20/23 21/5
**stated** [1]   22/12
**STATES** [14]   1/1 1/3 1/10 2/6 2/11 6/2 9/23 23/5 28/11 29/5 29/6 29/6 29/15 33/11
**statute** [3]   3/6 4/20 9/22
**statutes** [1]   20/23
**stay** [2]   11/12 17/20
**step** [2]   3/1 8/11
**still** [1]   16/14
**stint** [2]   20/15 20/15
**stop** [1]   10/5
**stopped** [1]   25/7
**straight** [2]   25/17 25/17
**Street** [2]   1/22 33/11
**strict** [1]   4/21
**struggled** [1]   11/10
**stubs** [1]   30/14
**subheading** [1]   4/14
**submit** [1]   31/3
**submitted** [2]   14/3 14/25
**Subsection** [2]   7/16 7/17
**substance** [13]   4/19 6/4 6/15 7/14 7/18 7/22 7/22 7/23 7/23 13/16 13/17 13/22 32/12
**succession** [1]   22/5
**such** [2]   6/8 29/3
**suffers** [1]   13/14
**suffices** [1]   20/24
**sufficient** [3]   10/23 26/2 28/7
**sum** [2]   28/17 31/11
**supervised** [5]   29/20 29/24 29/25 30/7 31/2
**supplemental** [1]   30/21
**support** [1]   12/5
**Supreme** [2]   3/2 6/23
**sure** [12]   3/10 3/14 3/17

**S**

**sure...** [9]   3/19 7/10 8/4
8/14 8/25 20/25 20/25 21/12
24/5
**surprised** [1]   27/4
**suspect** [3]   23/13 24/12 25/1
**suspicion** [1]   24/24
**sustained** [1]   14/10
**SWABY** [43]
**Swaby's** [4]   10/20 14/9 29/8
31/7
**synthetic** [1]   21/8
**system** [3]   12/5 24/21 27/13

**T**

**T.K** [1]   1/9
**take** [11]   3/12 6/23 12/7
16/10 17/15 18/4 18/4 18/21
31/15 31/16 31/20
**taken** [2]   16/12 22/8
**takes** [2]   25/16 25/17
**taking** [3]   23/22 24/13 27/12
**talk** [2]   25/2 26/9
**talking** [1]   16/25
**television** [1]   23/19
**tell** [5]   23/17 24/10 25/25
26/12 32/17
**tellers** [3]   18/8 23/10 23/24
**tempered** [1]   21/25
**ten** [1]   26/1
**term** [5]   7/15 7/18 7/20
28/12 29/20
**terms** [4]   26/6 28/13 29/22
30/10
**than** [8]   5/15 10/11 10/23
24/23 26/2 28/7 30/11 32/18
**that** [201]
**their** [6]   2/8 14/6 14/8 14/8
23/11 32/1
**there** [30]   3/23 4/10 6/19
7/6 8/3 8/16 11/11 13/8
14/20 15/1 15/8 19/6 19/16
19/19 19/20 20/16 20/21
20/22 22/2 22/13 22/22 23/4
24/8 24/19 24/20 24/25
28/14 29/23 31/12 32/24
**There's** [1]   23/20
**therein** [1]   20/17
**these** [13]   8/22 18/7 18/14
21/7 21/11 24/21 25/4 27/9
28/5 28/9 28/23 29/10 30/18
**they** [32]   3/10 3/18 3/21 8/4
9/18 9/19 9/19 9/20 9/20
11/3 12/25 13/2 13/23 13/24
13/25 18/8 18/11 18/15
19/20 20/12 23/10 23/12
23/12 23/20 23/24
27/17 28/1 28/3 28/13 30/7
30/14
**thing** [2]   16/4 24/18
**things** [7]   15/16 17/3 24/25
25/4 27/6 27/23 30/14
**think** [28]   5/23 7/3 9/25
12/10 12/15 12/19 12/25
13/22 15/11 15/23 16/12
16/13 16/17 16/21 18/13
21/18 21/25 22/4 22/8 22/9

**thinking** [1]   17/15
**third** [1]   31/1
**third-party** [1]   31/1
**this** [51]
**those** [16]   3/4 3/16 3/17
9/11 13/2 13/4 19/8 19/9
19/12 19/14 20/11 20/13
29/22 30/8 30/22 32/22
**though** [4]   8/25 16/10 17/4
26/12
**thought** [1]   26/19
**thoughtful** [1]   24/12
**threatened** [1]   18/8
**threatening** [1]   25/19
**three** [6]   18/25 20/15 22/16
29/21 29/21 29/22
**three-year** [1]   20/15
**thriving** [1]   20/3
**throes** [4]   15/6 24/3 25/15
26/5
**through** [2]   2/25 21/2
**tile** [1]   12/10
**time** [12]   12/7 15/21 16/12
19/4 20/6 20/11 21/14 28/14
29/3 29/23 30/10 31/5
**times** [1]   21/5
**Title** [2]   9/22 23/5
**today** [8]   2/25 10/5 23/2
24/11 25/11 25/16 26/9
27/16
**told** [3]   3/2 3/9 18/8
**too** [2]   3/21 13/8
**took** [2]   16/19 17/14
**tools** [1]   17/20
**top** [1]   21/2
**total** [3]   8/17 8/18 8/20
**toward** [3]   28/20 28/24 32/12
**trafficking** [2]   19/2 19/6
**TRANSCRIPT** [1]   1/9
**transcription** [1]   33/7
**transit** [1]   14/20
**trauma** [1]   22/3
**treat** [1]   5/4
**treatment** [7]   12/3 15/13
30/19 30/20 30/21 30/23
32/21
**trouble** [2]   11/25 17/21
**try** [3]   13/10 22/1 24/22
**turn** [11]   2/12 3/5 3/22 5/19
9/22 17/25 23/4 23/15 24/1
32/5 32/8
**turns** [1]   23/19
**twice** [1]   20/15
**two** [14]   3/1 3/12 11/3 11/4
11/25 13/4 19/24 20/5 20/11
22/6 22/7 25/24 25/24 31/11
**two-step** [1]   3/1

**U**

**U.S** [4]   1/13 1/16 6/17 6/17
**ultimately** [1]   3/4
**unarmed** [1]   11/2
**under** [7]   4/13 6/7 7/6 7/19
10/23 20/23 22/22
**understand** [6]   6/5 6/12 6/21
18/2 25/21 28/3

**undeterred** [1]   21/10
**unemployed** [1]   30/11
**unexpected** [1]   29/11
**UNICOR** [2]   28/19 28/23
**UNITED** [14]   1/1 1/3 1/10 2/5
2/11 6/2 9/23 23/5 28/11
29/5 29/5 29/6 29/15 33/11
**unless** [1]   32/24
**until** [3]   11/24 13/18 29/3
**up** [5]   5/22 6/10 11/25
22/13 26/14
**upon** [5]   4/15 10/20 29/1
29/19 31/1
**us** [6]   3/2 3/9 7/9 8/12
8/15 15/4
**use** [11]   12/24 13/16 13/17
13/21 13/22 14/5 14/6 15/18
17/19 30/4 32/11
**used** [3]   11/24 12/1 22/10
**using** [7]   11/22 11/23 11/23
11/25 14/18 25/15 29/11
**utilize** [1]   17/20
**utilized** [1]   7/10

**V**

**various** [3]   7/9 11/15 12/9
**vary** [1]   22/10
**verify** [1]   30/15
**versus** [2]   2/6 6/2
**very** [16]   3/19 7/3 7/9 8/5
11/5 11/20 12/10 15/12
15/20 16/24 17/13 19/3
22/15 22/25 23/12 27/18
**victim** [1]   16/2
**victimization** [1]   12/13
**victims** [1]   22/4
**view** [2]   4/3 26/11
**violated** [1]   21/6
**violating** [1]   27/1
**violence** [5]   16/2 18/15 19/7
19/13 19/19
**violent** [8]   15/22 16/2 16/20
18/5 18/6 18/14 19/17 27/7
**virtue** [2]   8/22 9/2
**vital** [1]   15/2

**W**

**wages** [1]   28/20
**waiting** [1]   14/20
**walk** [1]   14/19
**walking** [1]   24/4
**want** [16]   3/11 3/14 3/19
5/22 17/13 24/6 28/19 30/6
30/10 30/13 30/15 30/18
30/20 31/6 31/14 32/16
**wanted** [1]   22/8
**wants** [6]   16/9 16/10 16/20
16/21 25/13 25/14
**was** [48]
**waste** [1]   26/15
**watched** [1]   8/4
**way** [8]   11/9 14/21 18/18
25/1 25/23 26/6 27/10 28/18
**we** [46]
**weapon** [1]   20/21
**weapons** [1]   27/18
**week** [2]   20/3 21/17
**welcome** [1]   17/24

**W**

**well [15]**  2/3 3/7 4/2 4/22
 6/25 7/1 9/16 10/9 20/21
 23/2 23/14 23/21 25/8 26/16
 28/5
**well-known [1]**  23/14
**went [3]**  13/12 14/15 14/15
**were [14]**  11/11 14/4 18/4
 18/10 19/20 20/11 20/12
 20/22 21/13 22/2 22/3 27/3
 27/19 32/22
**WEST [5]**  1/5 1/14 1/17 1/22
 33/12
**whatever [6]**  3/17 7/10 10/12
 24/7 30/13 30/23
**when [19]**  2/19 11/9 12/4
 12/18 13/23 14/14 14/17
 14/19 16/15 18/23 21/2 21/7
 21/18 23/17 24/2 24/14 25/6
 26/24 31/22
**where [21]**  3/6 5/11 7/6 9/23
 11/8 11/11 13/3 14/23 16/22
 17/3 18/19 20/10 23/5 23/10
 23/19 24/3 24/11 25/17 27/1
 27/6 32/18
**whether [4]**  7/5 7/13 10/3
 26/22
**while [9]**  6/5 12/7 18/2
 18/17 19/14 21/25 28/17
 29/25 31/2
**who [10]**  2/15 11/10 11/17
 12/16 13/12 15/11 22/3 25/8
 26/10 26/25
**why [5]**  5/2 10/10 10/13
 20/5 24/23
**wish [3]**  5/13 5/14 5/17
**within [3]**  4/8 9/12 31/22
**without [1]**  30/12
**won't [1]**  26/18
**worked [1]**  12/9
**wouldn't [1]**  22/19
**written [2]**  30/12 30/15

**Y**

**year [4]**  7/20 16/11 17/5
 20/15
**years [10]**  11/9 15/18 18/24
 18/25 22/16 25/11 26/1
 29/21 29/21 29/22
**yes [9]**  4/10 5/21 9/13 9/15
 9/16 18/2 20/19 21/1 32/10
**York [1]**  12/15
**you [142]**
**You're [1]**  17/24
**young [2]**  16/14 16/15
**yourself [4]**  25/19 26/24
 27/5 31/17