Robin Cindy Rosen-Evans

Paul G. Rogers Federal building

United States Court House

701 Clematis Street RM. 402

West Palm Beach, FL 33401



FILED BY ⎯⎯⎯ D.C.

MAR 04 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Dear Clerk of the Court,

I am writing you in regards to Docket No. 0:16-cr-60117-DTKH-1 which i was found guilty in the eleventh circuit in West Palm Beach, Florida in the Southern District. My name is Anthony Swaby and i am requesting my docket sheet and sentencing transcripts for the above Docket No. 0:16-cr-60117-DTKH-1.

Respectfully Submitted,

Anthony Swaby

#70243053

United Sates Penitentiary

Po Box 019001

Atwater, CA 95301

Anthony Swaby #70243-053
United States Penitentiary
P.O. BOX 019001
Atwater CA 95301

SACRAMENTO CA
27 FEB 2019 PM 2 L

United States Court House
701 Clematis Street RM 402
West Palm Beach, FL 33401